# 2020 – 2021

## Parent and Student Handbook

I am he who will sustain you.
I have made you
and I will carry you;
I will sustain you
and I will rescue you.

**Isaiah 46:4**





HILLCREST CHRISTIAN ACADEMY

2500 Bethel Church Road

Bethel Park, PA 15102

# TABLE OF CONTENTS

| | | | |
|---|---|---|---|
| Absences From School | 17 | Homework Purpose | 16 |
| Accreditation | 3 | Illness and Communicable Diseases | 22 |
| Admissions Decisions | 4 | Illness and Injury | 23 |
| Admissions Policies | 3 | Immunizations | 22 |
| Admissions Procedures | 4 | Internet Acceptable Use | 20 |
| After School Supervision and Expectations | 15 | Introduction | 2 |
| Agreement of Partnership | 48 | Lockers | 18 |
| Allergy Policy | 23 | Lost and Found | 24 |
| Annual Parent Meetings | 6 | Lunch | 12 |
| Athletic Eligibility | 24 | Make Up Work | 17 |
| Attendance | 17 | Media | 20 |
| Authority to Release Student | 16 | Non-Custodial Parent | 11 |
| Bullying | 20 | Off-Campus Parties | 18 |
| Bus Transportation | 14 | Parent Pick Up | 14 |
| Celebration of Holidays | 18 | Parental Involvement | 6 |
| Class Parties | 18 | Pre-approved  Absence | 17 |
| Clearances | 9 | Prohibited Items | 18 |
| Code of Conduct | 27 | Relationships | 21 |
| Communication - Parent to School | 10 | School Closings and Delays | 13 |
| Communication - School to Parent | 10 | School Entry Protocol | 12 |
| Corporal Punishment | 21 | School Hours | 12 |
| Crisis Management Plan | 19 | Scriptural Problem Solving | 10 |
| Currency | 19 | Servant Leadership Requirements | 42 |
| Curriculum | 4 | Service Hours/Fundraising Requirements | 6 |
| Discipline Policy | 28 | Sponsorship | 3 |
| Dress Code  (Elementary School) | 24 | State Mandated Health Exams | 21 |
| Dress Down Day | 26 | State Mandated Health Screenings | 21 |
| Dual Enrollment | 46 | Statement of Faith | 3 |
| Early Dismissal | 17 | Student Drivers | 15 |
| Electronics | 19 | Student Medication Policy | 22 |
| Elementary School | 37 | Student Searches | 18 |
| Emergency Medical Form | 22 | Tardiness | 17 |
| Field Trips | 18 | Telephone Use and Telephone Messages | 19 |
| Financial Assistance | 5 | Upper School--Academic Hours | 45 |
| Financial Responsibility | 5 | Upper School-Class Rank | 45 |
| Fire Drills | 19 | Upper School-Class Withdrawal | 45 |
| Food, Soft Drinks, Candy, Gum | 12 | Upper School--Dress Code | 38 |
| Grading Scale - Elementary | 37 | Upper School--Grading Scale | 43 |
| Guidance Program | 42 | Upper School--Graduation Requirements | 44 |
| Health Services | 21 | Upper School--Late Assignment Policy | 45 |
| Hillcrest AM/PM Program | 16 | Upper School--Promotion Standards | 45 |
| Homeroom Moms | 7 | Withdrawal | 5 |

*Dear parents,*

*We are truly grateful to the Lord for the privilege of being partners in ministry with our parents to their children.  As we all spend much time committing the school year to prayer, we trust this will be an outstanding year of spiritual and intellectual growth for your family.*

*This booklet is designed to communicate HCA policies and values that are important to maintaining a Christ-centered school of excellence.  Please read every paragraph carefully.  This is a superb opportunity for family discussion of values, morals and school policies.*

*Thank you for entrusting your most treasured possession into our care and supporting the mission of the school.*

## INTRODUCTION

**"Train up a child in the way he should go; and when he is old, he will not depart from it."
(Proverbs 22:6)**

At Hillcrest Christian Academy, we are dedicated to assisting in the training of your children in righteousness as they grow and develop into mature men and women of God who will impact the world for Jesus.  HCA is a Biblical worldview school that partners with born again, Bible-believing, Christ-honoring parents in the education of their children.  HCA does not replace the home or the local church.  All three should be complimentary, which means that home, school, and church should be in agreement with Biblical philosophy and teaching. The Academy is inter-denominational and part of a Bible believing church.  All employees of the school are born again Christians and are active members of a Bible-based church.  Our policies and procedures are a result of our belief that the Bible is the inspired, infallible, and authoritative written Word of God.  We believe God should be honored in all we do.  Each week begins with a chapel service and each day begins with prayer, Bible reading, and a Bible class in the classroom.  **Attending HCA is a privilege, and that privilege is based upon the continued acceptance and support by students and parents of the school regulations.**  Any student or parent, who expresses an attitude of disregard for the school its standards, or teachers, will be asked to withdraw from the school.  Parents and students are expected to acquaint themselves with the school's rules and to abide willingly by them.

This handbook was designed to provide you with the general policies and procedures of HCA.  We hope this will be of value to you.  It is not an all-inclusive statement of Hillcrest Christian Academy rules, regulations, and philosophy.  The administration reserves the right to determine acceptable actions, behavior, and conduct.  The administration also reserves the right to add or delete elements of this handbook at any time.  If you should have any questions regarding the contents of this book, please call the school office at 412-854-4040. This handbook should be kept in a convenient place for reference through the year.

**Your signature on the *Student Application* is your acceptance of Academy policies.**  You agree to support Hillcrest Christian Academy in the spiritual, moral, dress, and disciplinary standards of the Academy.

Hillcrest Christian Academy admits students of any race, national or ethnic origin to all rights, privileges, programs, and activities generally accorded or made available to students at the Academy.  The Academy does not discriminate on the basis of race, national, or ethnic origin in administration of its educational policies, admissions policies, and other Academy-administered programs.

## ACCREDITATION

Hillcrest Christian Academy is accredited by the Association of Christian Schools International (ACSI) and the Middle States Association of Colleges and Schools (MSA).

## SPONSORSHIP

Hillcrest Christian Academy is an interdenominational ministry of South Hills Assembly of God.

## STATEMENT OF FAITH

- We believe the Bible to be the inspired, the only infallible, authoritative, inerrant Word of God (2 Timothy 3:16, 2 Peter 1:21).
- We believe there is one God, eternally existent in three persons—Father, Son, and Holy Spirit (Genesis 1:1, Matthew 28:19, John 10:30).
- We believe in the deity of Christ (John 10:33), His virgin birth (Isaiah 7:14, Matthew 1:23, Luke 1:35), His sinless life (Hebrews 4: 15, 7:26), His miracles (John 2:11), His vicarious and atoning death (1 Corinthians 15:3, Ephesians 1:7, Hebrews 2:9), His resurrection (John 11:25, 1 Corinthians 15:4), His ascension to the right hand of God (Mark 16:19), His personal return in power and glory (Acts 1:11, Revelation 19:11).
- We believe in the absolute necessity of regeneration by the Holy Spirit for salvation because of the exceeding sinfulness of human nature and that men are justified on the single ground of faith in the shed blood of Christ and that only by God's grace and through faith alone are we saved (John 3:16–19, 5:24; Romans 3:23, 5:8–9; Ephesians 2:8–10; Titus 3:5).
- We believe in the resurrection of both the saved and the lost; they that are saved unto the resurrection of life, and they that are lost unto the resurrection of condemnation (John 5:28–29).
- We believe in the spiritual unity of believers in our Lord Jesus Christ (Romans 8:9, 1 Corinthians 2:12–13, Galatians 3:26–28).
- We believe in the present ministry of the Holy Spirit by whose indwelling the Christian is enabled to live a godly life (Romans 8:13–14; 1 Corinthians 3:16, 6:19–20; Ephesians 4:30, 5:18).
- We believe that God has fearfully and wonderfully created each person as male or female (Psalm 139:13-14). These two distinct, complementary genders together reflect the image and nature of God (Genesis 1:26,27). We affirm that God intends marriage to be a monogamous, life-long union of a woman and a man, who in response to God's call, leave father and mother and cleave to one another (Genesis 2:18-25), Mark 10:6-9).
- We further affirm that God's design for sexual intimacy places it within the context of marriage between one man and one woman (1 Corinthians 6:18; 1 Corinthians 7:2-5; Hebrews 13:4). We acknowledge that any form of sexual immorality (including adultery, fornication, homosexual behavior, bestiality, and incest) is sinful and incompatible with Biblical teaching (Matthew 15:18-20; I Corinthians 6:9-10).

## ADMISSIONS POLICIES

HCA seeks to cultivate a community that reflects the ethnic, denominational, and socio-economic diversity of the body of Christ. Since the Academy is an extension of the Christian home, we encourage all school-age children of a family to be enrolled.

- Applicants must be the parents or legal guardians of the student.
- One parent must have made a personal profession of faith in Christ and faithfully attend a Bible-believing church.
- Children must be five years old by September 1 to be admitted into Kindergarten, six years old by September 1 to be admitted into first grade.
- Registration fees are due and payable at time of enrollment. Fees vary with enrollment periods and numbers of children enrolling. See the *Registration and Tuition Fees* form for more information. Tuition discounts are given for multiple children from the same family enrolled in the Academy.
- Middle and High School (7th-12th grade) students must express a personal profession of faith in Christ on the *Student Questionnaire* and during the administrator interview.
- New Students must present an acceptable score of 5 Stanine on a standardized test and have

maintained at least a "C" (2.0) grade average based upon a 4.0 system during the previous academic year and grading period in all cores subjects and conduct grades that indicate good skills and good citizenship.
- Students with discipline issues from previous schools will not be admitted unless the child can demonstrate a commitment to a changed lifestyle by personal testimony and references.
- Each new family must meet with an administrator for an interview.

**While HCA would like to take in and educate any and all children, unfortunately, we do not have the staff or resources to educate children with special needs. Consequently, we cannot accept any children with current major learning difficulties (i.e., children who have been involved in special education programs.) Similarly, the Academy cannot accept any student who has a history of major emotional or major disciplinary problems.**

## ADMISSIONS PROCEDURES

HCA's admission procedures reflect a desire to make sure that the home, church, and Academy will work together for the benefit of the child.  The admissions procedure will be as follows:
1. A parent/legal guardian of the student must complete an online application for the academic year
2. A Parent/Student interview and tour with the admissions director will take place to determine the following:
   a. At least one parent must have made a personal profession of faith in Christ.
   b. The parents desire a Christian education for their child.
   c. Family beliefs and practices are consistent with the standards and values of the academy.
   d. The student is committed to put forth the effort required to excel at HCA.
   e. Any past behavioral issues and the past academic record of the child are fully disclosed.
3. If the outcome of the interview is favorable, the family will be invited to enroll at HCA.  At that time, they will be required to fill out the following forms and submit with the proper registration fee:
   a. Student Enrollment (on-line)
   b. Record Release Request (If child has previously attended another school)
4. Placement testing, as well as a physical and dental examinations, may be necessary for new students.
5. All students must have their immunization record submitted for Academy files as required by state law.
6. School administrator reserves the right to revoke enrollment upon review of the student's previous school records once received.

## ADMISSIONS DECISIONS

One of three admissions decisions will be made by the administrator after the interview.
1. **Normal Admission** - for returning students who perform at or above grade level, attend school regularly, and adhere to school policy and regulations.
2. **Probationary Admission** - All new students and students attending summer school classes will be considered to be on "School Probation" for the 1st quarter of the new school year.  Students with below at 70% in any subject during that quarter are subject to review and possible dismissal.
3. **Denial of Admission** - for students who do not currently show a potential to meet academic or behavioral standards.

## CURRICULUM

Hillcrest Christian Academy uses A Beka Book curriculum materials extensively, supplemented with curriculums and books from other sources. A Beka Book takes an approach to Christian education that keeps learning lively, interesting, and memorable.  Their materials reflect sensible theory that is firmly anchored to practicality.  A Beka Book curriculum is widely used in Christian schools nationwide.

We supplement this curriculum with others from Bob Jones University Press, Saxon Publishers, Standard

Publishing, Positive Action for Christ, and ACSI, as well as other prestigious educational publishers. Whenever possible, Christian curriculum is selected over and above secular materials for the same subject.

All books used by the students of Hillcrest Christian Academy are considered on loan from the Academy, and remain Academy property.  Any books that are damaged or deemed unusable by an administrator are the responsibility of the student to replace. All hard-back textbooks must be covered by the student.

# FINANCIAL RESPONSIBILITY

Parents are responsible for the entire financial obligation of their children to Hillcrest Christian Academy.  If financial obligations are not satisfied, Hillcrest Christian Academy reserves the right to withhold records of students until the payment is received in full.

- All accounts must be paid in full before the next school year begins, or the student will be denied admission.
- Students whose accounts are not current will not receive their final report cards.
- Students transferring out of HCA will not have their grades transferred unless their account is current.

**Hillcrest Christian Academy uses FACTS Tuition Management System.  You can select a scheduled full payment or a 10-month or 12-month installment plan.  The three plans can be paid through automatic debits from a bank account or automatic charges to a credit card.**

**For those who pay in full, statements will be emailed to you on the 1st day of every month for incidentals such as lunch and before/after-school program charges.**  These statements will need to be **paid IN FULL every month**.  If payment is not made by the due date of the 15th, then purchase of lunches or before/after school care will be suspended until your account is cleared, and a $25 late fee will be assessed.

**For those who select one of the installment methods, any incidentals incurred by the first of the month will be added to your direct debit or recurring charge.**

# FINANCIAL ASSISTANCE

Financial assistance may be available through the following programs:

- ***EITC Scholarship Program***—makes grants based upon the family's income, assets, liabilities, debt, and tuition burden. This scholarship is applied for through FACTS Tuition Management System.
- ***Gift Cards For Credit***—open to all families, this program earns credit for tuition based upon gift cards purchased through the program according to the following schedule:
  - Tuition Credit earned from gift cards purchased between December 1 and April 30 will be credited towards the June tuition payment.
  - Tuition Credit earned from gift cards purchased between May 1 and July 31 will be credited towards the September tuition payment.
  - Tuition Credit earned from gift cards purchased between August 1 and November 30 will be credited towards the January tuition payment.
  - Individual arrangements will be made for tuition credit earned from gift cards purchased to be credited towards tuition payments already paid in full.

# WITHDRAWAL

Withdrawal from the Academy must be made in writing by the parent/guardian using the *HCA Withdrawal Form* available in the office.  All tuition charges will be continued until the office has been notified of the withdrawal.  Records will not be released until the information on the withdrawal form has been verified, the new school has requested records and all accounts are paid in full.

# PARENTAL INVOLVEMENT

### ANNUAL PARENT MEETINGS

At Hillcrest Christian Academy we work in partnership with parents and churches in the training of children for the Lord.  Each school year, we have **three annual parent meetings: Parent Orientation (late August), Curriculum Night (September), and Open House Night (May)**. All parents are to attend or send a representative.

### SERVICE HOURS AND FUNDRAISING

Families who engage in student activities are shown to contribute towards greater academic success, better attitudes about school, and fewer behavior problems – Students see their family participate in multiple aspects of the school, and are more likely to invest the best of themselves.  Likewise, schools rely on families to participate in many areas as support for activities, appending teacher/faculty responsibilities, improving safety and security, and raising funds for special projects or needs.

Hillcrest Christian Academy (HCA) continues to utilize family participation in constructive avenues for the benefit of HCA as well as families and student.  Whether its recess monitor, cafeteria supervision, class field trip support, hosting a festival booth, or even raising funds, family participation is a key to success for the mission of HCA.

Within the accompanying policy – Family Participation – HCA defines the needs as well as the requirements, guidelines, and procedures for family participation.  As with many HCA policies, exceptions are often warranted and special circumstances may be entertained, but only through the discretion of the HCA administration and/or Leadership Committee.

HCA has allowed for optional participation through a buy-out program. This program enables HCA to leverage differing availability of families.  Families with more time available are able to continue to meet objectives of 'service hours' and 'fundraising' to aid HCA goals and financial budgeting.  Families with less available time can opt-out and therefore empower HCA through financial giving to engage with other resources as needed to fulfill goals and budgeting.

Please read through the following Fundraising Policy and Service Hour Policy thoroughly.  HCA is committed to enacting policies and procedures to improve the overall education and experience for all students.

### SERVICE HOURS REQUIREMENTS

**C-19**

**While we will still need families to fulfill certain service projects, because of the COVID-19 epidemic, we realize that service hours may not be able to be fulfilled for the 2020-2021 school year.  So there will be no specific requirement or buy-out for this year.**

Description:          This policy delineates service, or volunteer, hour requirements, procedures, and guidelines.  Families participate in many events, activities, or perform specific tasks to support the efforts and goals of HCA throughout the academic year.

Each HCA family is expected and required to fulfill the designated service hours.  Those families who cannot fulfill the requirements can evaluate and consider the Optional Participation section of this policy.

| | |
|---|---|
| Purpose: | HCA relies on family participation by fulfilling service hours.  Service hours help augment teacher/faculty headcount, reduce the overall expenses of HCA as well as tuition and fees, and strengthens the bond between HCA, families, teachers, and students.<br>NOTE: all volunteers who have contact with students must have 'clearances' on file with HCA |

**Definition:** Service hour requirements:

1. Each family is required to fulfill twenty (20) service hours per academic year

**Examples:**

| | |
|---|---|
| HCA fundraiser | Uniform closet maintenance |
| PTF fundraisers | Box top administration |
| South Hills Summer Spectacular | Recess monitor |
| Veteran's Day reception | Lunchroom monitor |
| Spirit Nights | |
| Staff Christmas luncheon | |
| Staff appreciation week | |
| Joy of Christmas Craft Show | |
| Graduation reception | |
| High School play | |

*Other opportunities can be made available by HCA administration*

**Procedure:**

A. Service hours must be recorded in RenWeb within forty-eight hours of activity
   a. HCA administration and/or Leadership Committee may investigate or require proof of service hours such as, but not limited to
      i. Description of activity
      ii. Sign-in/out sheets
      iii. Witness confirmation
B. Unrecorded hours are not acknowledged
   a. Sign-in/out sheets from the HCA office do not qualify as recorded hours, but may be utilized to support documentation

**Optional Participation:** Families can elect to not fulfill service hours at the beginning of the academic year through an online survey.

- 'Opt-in' will indicate the intention to fulfill all service hour requirements
  - Not meeting the service hour requirements, the family acknowledges and agrees to a fee of $250 on the 15th of May, payable before report card(s) will be issued
  - There is no partial or prorated rate
  - Exceptions may apply to mid-year enrollment as approved by HCA administration and/or Leadership Committee

- ▪ 'Opt-out' will indicate acknowledgement and agreement to the following fees charged at the survey deadline (approximately the 15th of September)
  - o $250 in lieu of service hour requirements

Exclusions/Exceptions:    Inquiries for exclusions/exceptions can be made known to HCA administration for review and approval by the HCA administration and/or Leadership Committee.

Guidelines:
1. Volunteers should not bring siblings or non-students to service hour activities without approval from HCA administration
2. HCA administration and/or Leadership Committee may disqualify recorded service hours based upon investigation and/or review of proof of service hours or activity
3. To ensure activity is acceptable, review list of examples above or inquire to HCA administration prior to the activity

## FUNDRAISING REQUIREMENTS

Description:    This policy outlines fundraisers conducted by HCA and the Parent-Teacher Fellowship (PTF). Typically, there is only one fundraiser by HCA which serves as a major contributor with high exposure, participation, and return. The PTF usually runs two (2) fundraisers that are considered door-to-door and function as supplemental returns. Throughout the academic year, there are other fundraisers with a smaller focus or designation which are not addressed as part of this policy – sports, senior trip, student council, etc.

Each HCA family is expected and required to participate in the HCA and PTF fundraisers. Those families who cannot fulfill the requirements can evaluate and consider the Optional Participation section of this policy.

Purpose:    HCA relies on family participation by fulfilling fundraiser goals. Fundraisers contribute to special needs or projects, reduce the overall expenses of HCA as well as tuition and fees, and enable special events.

NOTE: all volunteers who have contact with students must have 'clearances' on file with HCA

Definition:    Fundraising falls into three (3) categories:
2. HCA (may include Eagles Walk 5K, annual gala & silent auction, etc.)
3. PTF (may include candy, candles, magazines, discount cards, etc.)
4. Other: Sports, senior trip, student council

Under this policy, each family is required to participate in the HCA and PTF fundraisers

Procedure:    As fundraisers are announced and advertised during the academic year, each will be accompanied with instructions, guidelines, and procedures as well as minimum requirements and overall objectives.

Optional Participation:    Families can elect to not participate in the HCA fundraiser(s) at the beginning of the academic year through an online survey.
- ▪ 'Opt-in' will indicate the intention to participate in the annual HCA fundraiser

- o Not participating, the family acknowledges and agrees to a fee of $250 at the conclusion of the fundraiser, payable before report card(s) will be issued
- o There is no partial or prorated rate
- o Exceptions may apply to mid-year enrollment as approved by HCA administration and/or Leadership Committee
- ▪ 'Opt-out' will indicate acknowledgement and agreement to the following fees charged at the survey deadline
  - o $250 in lieu of participation requirements

Families can elect to not participate in the PTF fundraisers at the beginning of the academic year through an online survey.
- ▪ Opt-in' will indicate the intention to participate
  - o Not participating, the family acknowledges and agrees to a fee of $100 at the conclusion of each specific fundraiser, payable before report card(s) will be issued
  - o There is no partial or prorated rate
  - o Exceptions may apply to mid-year enrollment as approved by HCA administration and/or Leadership Committee
- ▪ 'Opt-out' will indicate acknowledgement and agreement to the following fees charged at the survey deadline
  - o $200 in lieu of participation requirements

NOTE 1: participation in the HCA fundraiser means meeting the minimum requirements such as 15 letters for the Eagles Walk 5K
NOTE 2: participation in the PTF fundraisers means meeting the minimum requirements for each fundraiser, defined on an individual basis according to the amount of profit realized on sales

Exclusions/Exceptions:  Inquiries for exclusions/exceptions can be made known to HCA administration for review and approval by the HCA administration and/or Leadership Committee.

**HOMEROOM MOMS**

Homeroom moms are considered members of the PTF (Parent/Teacher Fellowship) and are expected to attend PTF meetings and act as a liaison between the school and the families in their homerooms. Anyone wanting to be a homeroom mom must also act in this capacity.

# CLEARANCES
**Pennsylvania State Law (Act 15) now requires that EVERY volunteer who has direct contact with students have the necessary clearances on file with the school.** Direct contact is defined by State Law as the "care, supervision, guidance or control of children or routine interaction with children." This will include lunch/recess monitors, classroom helpers, field trips, parties, and chaperoning of any kind that volunteers are supervising, guiding, controlling and interacting directly with students. Required clearances include:
1. **Pennsylvania Child Abuse History Clearance (Act 151). To obtain, visit https://www.compass.state.pa.us/cwis/public/home**
2. **Pennsylvania State Police Criminal Record Check (Act 34). To obtain, visit https://epatch.state.pa.us/Home.jsp**

3. **FBI Federal Criminal History Record (Act 114).  To obtain,**
   **visit https://www.identogo.com/locations/pennsylvania**
   - Volunteers who have resided in Pennsylvania for **ALL** of the past 10 years **and** have never been convicted of a Disqualifying Offense (request list from the school office) may request a waiver of the FBI Fingerprint Clearance.

Once clearances are obtained, bring the originals of clearances along with your photo I.D. to the school office to be reviewed and copied for the school's file.  An **Acknowledgement of Volunteer Obligations** must be signed and submitted.  Clearances must be submitted in person.  No one can submit the clearances to the school on your behalf.

Volunteers are an important asset to our school and provide necessary assistance to help keep tuition costs at minimum.  Some areas are in need of volunteers daily, such as at lunch and recess. Indoor recess during the winter months is the busiest and we need more volunteers.   We ask that every family try to participate in lunch and/or recess duty for at least five days a school year.

**Please note that volunteers are not to bring other children with them, as volunteers must be able to give proper attention and necessary vigilance to those Hillcrest children they are charged with supervising.**

All volunteer hours should be noted by the family in RenWeb under *Service Hours* for the volunteering family member.  **Volunteers are to abide by the same standards of dress and conduct as HCA students.**

## COMMUNICATION
**SCHOOL TO PARENT**
- HCA utilizes the FACTS School Management Software System.  This system allows parents and students secure internet access to information associated with the student's classroom activities, attendance, daily schedule, grade book details, homework, discipline, assignments, school directory, lunch ordering, report cards, teacher announcements, calendar events, billing charges and much more.
- HCA also uses ParentsWeb announcements, One Call Now (an automated emergency notification system), a weekly "Friday Folder" **e-mail**, additional special e-mails, and a weekly two-pocket Friday Folder holding paper documents to communicate information to all families.
- The administration may request a conference with a parent, and asks that all parents cooperate in these beneficial conferences.  If an administrative request for a conference with a parent is not honored, the Academy reserves the right to withdraw the student from classes until the request is honored.

**PARENT TO SCHOOL**
- Each teacher and staff member has an e-mail address.  If the teacher's name is Mary Jones, the e-mail address is **mjones@hillcrestca.org**.
- Staff and teachers should not be approached concerning school matters at church or when at home.  Teachers should not be approached about a student's progress during class time or in the morning before school, as teachers need this time with the students.
- Parents may request a conference with a teacher via e-mail to the teacher or by calling the school office to schedule.
- If a teacher does not honor a request for a conference, please contact the administration.
- Policy interpretations by the administration may be appealed **in writing** to the HCA Leadership Committee.

# SCRIPTURAL PROBLEM SOLVING

We are to be in the world, but not of the world (II Corinthians 10:3). HCA is dedicated to proclaiming "kingdom values" and to witnessing them in our daily walk with God. This means that the HCA school community should have a different spirit than is present in the secular world. This spirit is one of love and respect between brothers and sisters in Christ. It should permit God-honoring procedures for working through the inevitable differences and misunderstandings that come up in any community.  Therefore, the HCA board, administration and faculty are committed to honoring and respecting students and families when they bring sincere and well-founded suggestions and differences of opinions. Parents should, likewise honor and respect the decisions and authority of the school.  Harmony built on the basis of love and respect can be arrived at by following those principles and steps given by our Lord Jesus Christ as recorded in Matthew 18:15-19. We expect all to implement the following principles as we deal one with another.  (The ACSI brochure, **"The Matthew 18 Principle for Solving School Problems"** is available in the school office.)

- **Principle One:  Keep the matter confidential.** The very pattern of sharing the problem only with those directly involved establishes the Administrator of confidentiality. The Bible has much to say about those who gossip or malign others with their words. "*With his mouth the godless destroys his neighbors, but through knowledge the righteous escape"* (Proverbs 11:9).
- **Principle Two:   Keep the circle small.**  *"If your brother sins against you, go and show him his fault, just between the two of you"* (Matthew 18:15).  The first and often the only step needed in solving a person-to-person problem is for one of the two people involved to initiate face-to-face dialogue. Most problems are solved at the two-people level.
- **Administrator Three:  Be straightforward.** Restoration and improvement can only come when the issues are lovingly, yet clearly, presented.  *"Wounds from a friend can be trusted…"* (Proverbs 27:6).
- **Administrator Four:  Be forgiving.** *"If he listens to you, you have won your brother over"* (Matthew 18:16).  This implies that once the matter is resolved we should wholeheartedly forgive and restore the person whose fault has offended us.

**Process Levels**
- **Level One**
  Most school problems are resolved at the two-people level. Often what seems to be a disagreement is simply a misunderstanding. This is the level in which the people involved initiate a face-to-face dialogue. Forgiveness and restoration is the normal, happy conclusion. But what if the individual will not "hear" you or disagrees with your version of the problem? It is necessary to progress to level two.
- **Level Two**
  The individuals involved should agree to share their version of the matter with the Administrator. At this stage, the counsel of Jesus would be "...*take one or two others along, so that every matter may be established by the testimony of two or three witnesses"* (Matthew 18:16).  Each person should come to the meeting in a spirit of prayer and humility, willing to submit to the Lord's will in the matter and also willing to submit to reproof and correction if needed. An open and honest discussion among people who are sensitive to godly principles will most often reach an amiable solution.

# NON-CUSTODIAL PARENT

When it is learned that a student's parents are divorced or separated, the school shall request that the custodial parent provide the school with a copy of the latest court order (custody and/or protective) and/or custody agreement. Where the order and agreement on file does not limit the non-custodial parent's right to information concerning the student's whereabouts or school performance, the  non-custodial parent shall be entitled to, upon request and proof of identity, all grade reports, notices of school activities, disciplinary action, attendance reports, notices of teacher or Administrator conferences and medical reports. The Administrator, using his/her discretion, may provide for separate conferences with the custodial and non-custodial parent, where ill-will between the parents would likely disrupt the conference or upset the parent.

In the absence of a court order, our school will not provide a non-custodial parent with access to academic records and other school information regarding the child.  Non-custodial parents may pick up a child only if previous arrangements have been made through the office.

# STUDENT SCHOOL HOURS
Kindergarten thru 12th Grade          Monday through Friday                8:15 AM - 3:00 PM

Students are not to be left unsupervised on school property.  (Supervision is provided for students in grades K-12 before and after school through the HCA before/after care programs for  a fee.)

**Any student entering school after 8:15 AM must report to the office for a tardy slip.  A student will not be admitted to class without a tardy slip.  Five tardy slips in a quarter require disciplinary action.**

**C-19**

# LUNCH
**The Hot Lunch Program has been discontinued for the 2020-2021 school year.  For the beginning of the year, all lunches must be packed; further details will be forthcoming about a possible bought lunch program.**
A hot lunch is available in the cafeteria every day for purchase.  **Lunches must be ordered through ParentsWeb by Friday of the preceding week.**  If a child forgets his/her lunch, an emergency lunch will be provided and will be added to your account.  The cafeteria should be notified as early as possible in the morning to prepare the emergency lunch for the child.  It should be understood by the parent and the child that the first choice might not always be available. Hillcrest participates in the Federal Lunch Program for schools and is committed to providing children with a hot, healthy and hearty lunch.  Free/Reduced meals are available to those who qualify.   Applications are available from the school office and must be submitted each school year.

# FOOD, DRINKS, CANDY, GUM
Food, drinks, and candy are not permitted beyond the cafeteria during school hours. Exceptions may be made for class parties. Students are not to have gum/candy/food/drinks (other than water) between classes. Students may not chew gum on the school premises at any time.

**C-19**

# BUILDING ENTRY PROTOCOL
**SEE THE COVID-19 HEALTH AND SAFETY PLAN FOR ADDITIONAL DETAILS**
**General –** Access to Hillcrest during school hours is limited to students, staff, and approved visitors. Those who have been granted permission to the building must not admit unauthorized persons into the building (i.e. holding open entry or security doors for those who have not been permitted to enter).

**Students –** Students are to enter the building at designated entrances prior to the beginning of the school day. All students arriving after 8:15am must enter through the main office entrance, and must check in at the office prior to gaining access to the rest of the building. If students arrive after 8:15am due to a late bus arrival, students from the arriving bus will be admitted collectively at the Office Entrance, and receive access to the rest of the building at the B-building security doors without being required to individually sign in at the office.

**Staff –** Approved Hillcrest staff will receive keys or key fobs/cards to gain access to the building through various entrances, including B-building security doors. Keys and key fobs/cards are the responsibility of the HCA employee, and are not to be copied or shared. Lost or stolen keys and key fobs/cards will be replaced at the expense of the employee. Staff members are not permitted to admit unauthorized persons into the building or through the B-building security doors during school hours.

**Visitors –** All visitors are to enter the building through the Office Entrance. Upon arrival at the Office Entrance, visitors will be asked to identify themselves and state their business prior to being granted access by the HCA office staff. Upon entry into the building, visitors must report directly to the office to sign in and obtain a visitor's pass. Upon receiving a visitor's pass, visitors will be admitted to the rest of the building only while accompanied by an HCA staff member, unless otherwise authorized by administration or office staff. If the authorized visitor wishes to gain access to B-, C-, or D-building after receiving a visitor's pass, they may proceed to the B-building security door and contact the office through the intercom outside the door. Only after the authorized visitor is identified via the security camera by the office staff, may the authorized visitor be granted access to enter through the security doors. No other unauthorized persons will be permitted to enter through the B-building security doors.

**B-Building Security Doors**

The B-building security doors will be open on regular school days until 8:15am. The doors will be locked during school, from 8:15am until 3:00pm. While persons may exit through the B-building doors at all times (going from B-building to A-building), entry to B-building through these doors during school hours may only be obtained via the office or a staff member's key fob/card. Staff and students should **AT NO TIME** during the school day, allow access through the B-building security doors to unauthorized or unapproved individuals. Students, visitors, and staff without a key fob/card who wish to gain access to the security doors during the school day must use the intercom outside the door to contact the office. The office staff will then use the security cameras to identify the parties and grant or decline access.

# SCHOOL CLOSINGS AND DELAYS

HCA uses **"One Call Now"** (an automated emergency notification system) to inform parents of delays and closings due to weather, as well as any other emergencies that may arise.  The cell phone number that is noted on your enrollment form is the default phone that will be used.  Parents may make changes to the default by completing and returning an *Automated Notification Form* to choose to receive e-mail messages and calls to home and/or cell phones.  The form is available at the Academy or on ParentsWeb in the *Resource Documents*. Once a notification is made from the system to your cell phone, you will be given the option to enable text messaging if desired.

School closings and delays will also be broadcast on KDKA (AM 1020) radio and KDKA, WTAE and WPXI television as soon as the decision is made.
**Please do not call the school when there has been a closing, delay, or other notification from the school,** as it is very important that school phone lines remain open.  Rather, refer to the information sources above, and listen carefully to the automated phone message you received from the notification system. These sources will contain all the information you will need.

**Note that HCA does not always follow the Bethel Park School District when it comes to closing or delays, so pay close attention to the above sources for your information.**

If HCA remains open, but the school district you live in has closed and bus transportation from your school district is unavailable, it is your responsibility to arrange transportation to school. However, if your district is closed because of hazardous road conditions, the absence will be excused.

If your child's school district calls a delay, your child will arrive at Hillcrest according to your school district's delayed bus schedule, and the tardy will be considered as excused.

**Please note that students cannot be dropped off at the school before 10:00 am on days when the school has a two-hour delay unless participating in the Before School Care Program.  See program for information and fees that apply.**

# BUS TRANSPORTATION

Students residing within a 10-mile radius of Hillcrest Christian Academy will be bused by their school district to HCA.  Parents must fill out a *Transportation Form* (made available in the *Back-To-School Packet*) to be eligible for busing.  We will notify the district that your child has registered at Hillcrest and will need transportation.  Some districts are now requiring that you provide proof of residency to their district for bus service.  *See district list below.

While on the bus, students are expected to exhibit a Christian attitude to the other students and the bus driver.  If any incidences of misbehavior are reported by the bus driver (i.e., out of seat, throwing items from or in the bus, inappropriate behavior or language), the following may result:

- Assigned seat for remaining semester for first incident.
- Suspension of bus privileges for three days for second incident.
- Suspension of bus privileges for remaining school year for third incident (a conference will also take place between the Administrator, parent and student).

**If you must change your child's transportation method from what you requested at the beginning of the school year on your Transportation Request Form, please complete a *Change of Transportation* Form** (available at the Academy or at Parents Web in the *Resource Documents*) and submit it **by 1:30 PM ON THE DAY** of the requested change.  These forms will not be accepted in advance.

**Once your child is on the bus roster, parents are responsible for notifying the appropriate bus companies if their child will not be riding on any given day.  The numbers are listed below.**

| DISTRICT | PHONE NUMBER | BUS COMPANY | PHONE NUMBER |
|---|---|---|---|
| Baldwin-Whitehall | 412-885-7595 | | |
| Bethel Park | 412-854-8608 | | |
| Canon McMillan | 724-745-1502 | Matthews | 724-941-8065 |
| Carlynton | 412-429-2500 | | |
| Chartiers Valley | 412-429-7011 | | |
| Keystone Oaks | 412-571-6000 | | 412-831-3112 |
| McKeesport | 412-664-3762 | | |
| Peters Township | 724-941-4850 | | |
| Pittsburgh | 412-529-8125 | Mohawk | 412-458-5230 |
| | | J&J | 412-400-3327 |
| Ringgold | 724-258-5709 | | |
| South Fayette | 412-221-4542 | | |
| South Park | 412-655-3111 | Laidlaw | 412-831-3112 |
| Upper St. Clair | 412-833-1600 | Matthews | 724-941-8065 |
| West Jefferson | 412-655-8450 | Matthews | 412-384-8810 |
| West Mifflin | 412-466-9193 | PA Coach | 412-664-0911 |

# PARENT PICK-UP

Parents who pick their children up after school (excluding preschool) should arrive on the gymnasium side of the school between 2:45 and 2:55 PM, where a school employee will direct parents to pull in, forming a queue around the circle.  Beginning at 2:55, children will be brought out to their parents' cars.  Between 3:05 and 3:10, after cars have been loaded, all cars will be released at once.  **At any time during the school year, these procedures may be modified as needed.**

Any student in grades K-8 who rides with another student must have a parent or guardian provide written permission to the school office prior to departure from school.  A sibling will not need a note when riding with his/her sibling who is a licensed driver.

All students still waiting in the gymnasium at parent pick-up at 3:15 PM will be placed in the *Hillcrest AM/PM Program,* and parents will begin to accrue charges for supervision at current after school rates.

## AFTER SCHOOL SUPERVISION AND EXPECTATIONS

**Unless students have an approved after school program, they are expected to leave campus in a timely manner.**  Examples of approved after school programs include athletics, musical practices, or pre-arranged tutoring sessions with teachers.  School projects are not an acceptable reason to remain after school unless the teacher who has assigned the project has made arrangements with the group or class to stay after and provides supervision for the group.  All other students, including student drivers and their passengers, are expected to leave campus no later than 3:15 PM.

Any student who has not left campus by 3:15 PM must report to the *Hillcrest AM/PM Program*, and parents will begin to accrue charges for supervision at current after school rates.  The school building will be locked each day by 3:15 PM.  After this time, students are not permitted back into the school.

Students who have been assigned a late practice for sports or other activities will be expected to leave the campus by 3:15 PM and then return for the practice
On game days, students are permitted to stay after school for athletic contests, but are expected to report to the appropriate field/court by 3:15 PM.

Students who remain after school for a school-sponsored function are not permitted to leave campus.  Walking to a local convenience store, restaurant, or friend's house is expressly forbidden.

Any extenuating circumstances that require a student to stay after school that do not meet the above-mentioned scenarios should be discussed with the Administrator at least one day in advance to seek permission for his/her specific situation.

## STUDENT DRIVERS

Driving to school is a privilege that is granted to the students by the school.  In order for students to be permitted to drive to school, they must:
1. Complete a HCA Driver Registration Form.
2. Have a copy of their driver's license on file in the school office.
3. Pay a student driver fee of $25.00 ($15.00 if beginning to drive after March).

At regular end-of-day dismissal, student drivers will wait to depart until the parent pick-up area is clear of parent vehicles.  **Any student in grades K-8 who rides with another student must have a parent or guardian provide written permission to the school office prior to departure from school.  A sibling will not need a note to ride with his/her sibling who is a licensed driver.**  All student drivers are expected to maintain a sense of safety and good driving habits when on school property.  Students who fail to follow the student driver regulations are at risk of having their school driving privileges suspended or revoked.

**Student drivers who require an early dismissal** must bring an excuse to the office before the first class period is over.

## AUTHORITY TO RELEASE STUDENT

Only the parent/guardian may determine who is authorized to pick up the student from the Academy. A pre-approved list is provided on the *Emergency Contact Form*. If parents are separated or divorced with joint custody, both parents must sign the student medical form giving authorization. If a change needs to be made on the pre-approved list, the parent will submit an updated *Emergency Contact Form*. If there are any changes, i.e. new work numbers, cell phone numbers, or other pertinent information, please complete changes through your ParentsWeb account. Changes may take a few days to update.

**C-19**

# HILLCREST AM/PM PROGRAM
**Additional information can be found in the Health and Safety Plan as well as the Hillcrest AM/PM Handbook.**

*Hillcrest AM/PM* is HCA's extended day program that provides semi-structured day care every day that school is in session. This can be very helpful for working or busy parents. Please ask at the Academy office about the program and how to register, or visit Parents Web *Resource Documents* for registration forms and handbook.

- **OPERATION**
  The program is open for any child, K full day to grade 12, who attends Hillcrest Christian Academy. Half day kindergartners may participate in before school care but not after care. Before-School care hours are 6:00 AM until 8:00 AM. After-School care hours are 3:00 PM until 6:00 PM. Both programs will be in operation on all days that school is fully in session. There will be no after school care on days when school is cancelled, holidays, vacations, or on scheduled half-days. In addition, Two-Hour Delay care will begin at 8:00 AM and last until 10:00 AM on days when a two-hour delay is called at the school.

- **RESERVATION, ATTENDANCE AND PAYMENT**
  Reservations for *Hillcrest AM/PM* care must be made with the program director via text or email. Reservations ordered in advance will be at a discounted rate. Attendance is taken upon each student's arrival; children must be signed out and picked up only by authorized persons. Any pick-ups beyond the contracted time will begin to accrue late fees that will be charged to the Family E-Statement as they occur and these charges must be paid in full each month or the child will no longer be admitted for care. There are no credits for reserved days and times that are not used due to early pick-up or changed plans.

- **PICK-UP**
  Authorized pick up persons are required to sign children out when picking up. CHILDREN WILL NOT BE RELEASED TO ANYONE WHO WAS NOT PREVIOUSLY AUTHORIZED WITH PROGRAM DIRECTOR. In the case of emergency, you may verbally authorize people to pick up your children by calling the office or program director. This verbal authorization will be in effect for the day of the emergency ONLY.

# HOMEWORK PURPOSE

Homework is part of Hillcrest Christian Academy's academic emphasis. Each student is expected to complete the assigned homework. *Hillcrest AM/PM* students are given the opportunity to get started on homework assignments in the afternoon; however, it is not the program director's responsibility to check students' work. As the parent, you are responsible to check all assignments and sign a homework log (K-4th grade) if requested by the teacher.

# ATTENDANCE

A student's attendance is very important to his/her learning.  Students must attend class regularly and be on time and prepared for class in order to be properly educated.

Whenever possible, please schedule doctor, dental, or other appointments after school hours.

***On days that students are to participate in any HCA event or practice, they must be at school for at least a half day.***

## ABSENCES FROM SCHOOL
- Parents should notify the school when an absence of several days is anticipated due to illness or family emergency.
- A parent/medical excuse is to be provided upon the student's return to school. Excuses are not to be emailed or texted to office staff.  The school retains the right to question the validity of any excuse submitted..
- Any student missing five (5) consecutive days due to illness will require a doctor's note explaining the absence before the student is permitted back to class.
- Students absent on any given day will not be eligible to participate in a school sports activity that day, or to attend any school related function. **No more than twenty (20) absences will be allowed for the school year.**  This is defined as 20 days of school in elementary (K5-4th), and 20 days per subject in middle and high school (5th-12th).  Any student with more than 20 absences for the year will be reviewed by administration to determine whether credit will be given for the class taken and subsequent graduation from or retention in grade. Exceptions will be made in cases of extended illness requiring hospitalization or continual doctor's care.

## TARDINESS
- Unforeseen problems may occur, prohibiting students from arriving at school on time.  Any student who arrives after the 8:15 AM bell rings to begin school is considered ***tardy*** and should obtain a Tardy Slip from the office upon arrival to be admitted to class.
- Each student is allowed five (5) tardies total per quarter. With the fifth tardy, disciplinary action will be taken.
- Any tardy to class equal to or greater than ½ (one half) the class period will be recorded as an absence. Tardies that become routine, or those for an unusually long period of time may be considered a case for truancy, a Level 4 offense.

## PREAPPROVED ABSENCE/PLANNED EDUCATIONAL TRIP

A request for a preapproved absence or for a planned educational trip must be made to the office on a designated *Request for Excused Absence* form **at least two weeks before the date of the absence.** Forms for absences/tardies are available on ParentsWeb in the Resource Documents or from the office.

## EARLY DISMISSAL

- Students may not leave the school grounds during the school day without permission.
- If a student is required to leave school earlier than the regular dismissal time, parents are to furnish an Early Dismissal Form (available on ParentsWeb or in the office) to the teacher, stating the departure time, reason, and who is picking them up.
- Parents picking up a student for early dismissals are to come to the Academy office and sign the student out of school. Adults who are authorized by parents to pick up students must show proper identification.
- **Student drivers:  parents must send in an Early Dismissal Form on the morning of an early dismissal in order for a driver to sign out and leave the school early.**  Student drivers must pick up their vehicle keys from the school office and sign themselves out.
- **Leaving before or arriving after 11:30 AM constitutes a 1/2 day absence.**

**MAKE UP WORK**

- It is the responsibility of the student to make up work missed from any classes missed.
- **Parents of children up to the sixth grade who want to request work for their sick children should call the office by 9:30 AM. The teacher will have the work ready for pick up after school.  You may request that another student take your child's homework home; if you do so, please inform the office.**
- **Parents of students in grades seven and up:  homework will be available on RenWeb.  If books are needed, the office should be notified and the books will be gathered for pick up by the parent.**
- Work that is missed during an absence will be made up according to the following schedule:
  - **1-5 consecutive days:  24 hours for every day absent** (i.e. If a high school student returns on a Monday after a one-day absence, all class work must be made up by 8:30 AM on Tuesday).
  - **6 or more consecutive days:  1 calendar week after the student returns** (i.e. If an elementary student returns on Tuesday, all class work must be made up by 8:30 AM the following Tuesday).

## FIELD TRIPS

<span style="color:red">**C-19**</span>

<span style="color:red">**ALL FIELD TRIPS HAVE BEEN SUSPENDED DURING THE COVID-19 PANDEMIC.**</span>
Field trips are a valuable tool to extend the learning experience beyond the classroom.  Time out of the classroom along with the effort and expense, speak to the trip's value in enhancing the students' educational objectives.  Field trips are considered curricular activities, and by extension, a regular school day.  Students not participating in field trips will be considered absent.

- Field trips are announced in advance.
- **The HCA dress code should be followed on all field trips unless administration announces or approves a change.**
- All students will be required to ride to and from school on school transportation unless it is necessary for parents to drive due to a transportation conflict.
- Chaperones are to have proper clearances, as specified in the "CLEARANCES" section. **Chaperones are not to bring other children on field trips**, as all chaperones must be able to give proper attention and necessary vigilance to supervising groups of field trip students.  The first responsibility of each volunteer chaperone is to the students being supervised.  Thank you for understanding our priorities.

## CLASS PARTIES

No greater than three (3) parents (including homeroom mom) will attend class parties unless otherwise authorized by the Administrator.  No siblings will be allowed to attend class parties with parents.

## OFF-CAMPUS PARTIES

Students having birthday parties away from school may bring invitations to school only if the entire class is invited.

## CELEBRATION OF HOLIDAYS

Holidays are great opportunities for the school to celebrate in a distinctly Christian way.  The school may demonstrate a God-honoring celebration of these special days:  Thanksgiving, Christmas, Valentine's Day, and Easter. We do not celebrate Halloween.

## PROHIBITED ITEMS

Items prohibited on campus but not limited to: Sexually oriented and/or otherwise offensive material (books, magazines, etc.), matches, cigarettes, lighters, knives, fireworks, loaded or unloaded guns, bullets, metal

knuckles, clubs, explosive devices and any other items that may be dangerous to self, to school property, or to others. Students are forbidden to possess, in school or at any school function, an instrument capable of inflicting bodily harm or having the appearance of such capability unless the weapon is used in conjunction with a lawful, school-supervised course or activity.  Any of these items found will be confiscated and the student disciplined.  Violations could result in suspension and or a mandatory expulsion meeting before the Leadership Committee.

## STUDENT SEARCHES
The administration reserves the right to search students' personal possessions, including but not limited to: students' backpacks, electronic devices, lockers and desks.

## LOCKERS
All lockers are the property of Hillcrest Christian Academy.  Periodic locker checks will take place throughout the school year to ensure the following:
- Lockers are to be kept neat and clean at all times.
- Students are not to deface the lockers or hang inappropriate pictures in them.
- Nothing is to be placed on the floor outside of the lockers.
- The outside of lockers are to be kept clean; nothing is to be hung or placed on the outside.
- Lockers must close completely and easily.

## DRILLS
Fire drills and violent intruder drills are conducted on a regular basis for the protection of your children.  Some may be announced.

## CRISIS MANAGEMENT PLAN
The purpose of the HCA Crisis Management Plan is to inform all Academy personnel of the proper procedures in order to efficiently and effectively respond in the event of crisis.  The plan shall be maintained and reviewed periodically by the Administrator.

## CURRENCY
It is recommended that any student bringing $20 or more to the Academy check the money into the office in a sealed envelope with his/her name on it.  It can then be retrieved at the end of the day.

## ELECTRONICS
Hillcrest Christian Academy has established the following guidelines regarding all personal electronics:

**During School:**
- The usage of personal electronic devices such as cell phones, tablets, smart watches, earphone or earbuds are prohibited at the Academy during the hours of 8:00 AM and 3:00 PM, unless otherwise permitted by faculty for specific academic purposes.
- All personal electronic devices must be turned off and placed in the student's backpack or locker.
- **Please do not call or text your child during the school day.**  This will help him/her to abide by the rules for cell phone usage.  Call the office if you need to get an urgent message to your child.
- **IF** there is a need for the student to use make a call using his or her cell phone, the student must bring the phone to the office, turn it on, and then place a call.
- **Consequences:**  The following consequences have been established in the event that the above cell phone policy is not followed.
    - **First Offense:** Cell phone confiscated until end of day.
    - **Second offense**: Cell phone confiscated, brought to office, office will call parent as phone will only be released to parent.
    - **Third Offense**: Detention (after school), supervised by teacher witnessing offense.

- o   Phone again released to parent only.
- o   **Fourth Offense**: In school suspension/out of school suspension – Administrative decision.

**Other items**: Trading cards, collectibles, fidget spinners, etc., are not to be brought on Academy property. Such items distract the students' learning and are not permitted to be used at the Academy during the hours of 8:00 AM and 3:00 PM.

- **Consequences**: The following consequences have been established in the event that the said electronic policy is not followed.
  - o   **First offense**:  Item is confiscated until the end of the school day.
  - o   **Repeated Offense:**  Considered a Level 1 Offense with applicable penalties.

## TELEPHONE USE AND TELEPHONE MESSAGES

In case of emergency, students may use the office phone; however, students may not use the phone during school hours to arrange transportation, or because of forgotten instruments, projects, homework, or lunch money.  If a parent needs to communicate with his/her child, a message will be taken in the school office and given to the student.  If an emergency arises, we will call the student to the phone.  All phone calls must be made in the office**.**

## MEDIA (MUSIC, ART, PHOTOS, LITERATURE, VIDEOS, MOVIES, ETC.)

Hillcrest Christian Academy strives to provide an environment that is honoring to Christ and that protects from distraction. Any media that is brought into the Academy should support that effort. Secular media that is not honoring to Christ is subject to confiscation and could lead to disciplinary action. Some examples of this would include music with unacceptable lyrics or themes or books with inappropriate images or content.

## INTERNET ACCEPTABLE USE

Hillcrest Christian Academy views the Internet as a useful tool in preparing students for success in life and work in the 21st century by providing them with electronic access to a wide range of information and the ability to communicate with people worldwide.  Though the Internet is a wonderful educational tool, there are some dangers associated with its use.  These rules have been designed to keep our students safe and our computers functioning.

**Student Responsibilities:**
- Students may use the Internet only with permission from a teacher.  That teacher or another staff member must be present in the classroom during the time in which a student is using the Internet.
- Students will not use the Internet for commercial (buying or selling) purposes or political promotions.
- **Students will not download or install a file of any sort (document, software, game, music, etc.) without permission from a teacher.**
- Students will not give out personal information such as full name, home address, telephone number, school name, or location without a teacher's permission.  Students should also avoid giving out the personal information of friends and family.
- Students may not use chat rooms or instant messaging.  Email may only be used with the permission of a teacher and should not be used to create or send spam.
- Students must use appropriate verbal and written language at all times. Profane, vulgar, disrespectful, threatening, deceitful, or harassing language is not in any way acceptable.
- Students will close the Internet or turn off the monitor and tell a teacher immediately if they see anything that makes them feel uncomfortable or that they know is inappropriate for the Academy.
- Students will not use the Internet for harmful or illegal activities.  Students must follow Academy

policies at all times.
- When using resources from the Internet, students will be expected to follow copyright and software piracy laws.  Plagiarism and the reproduction of copyrighted materials that do not follow the fair use doctrine of the copyright law are not acceptable.
- **Students should not attempt to discover passwords or change any security settings that the Academy uses to control access to the computers or the Internet.  If the student accidentally discovers a password or changes a setting, he/she should tell the computer teacher as soon as possible.**
- Students will not attempt to deliberately disrupt the computer system performance through the intentional spreading of a computer virus.
- **Students will treat the computers as public property and will not attempt to alter or delete the files of other users unless specifically instructed to do so by the teacher.**
- Please note that additional rules and regulations may be added in the future if necessary.

# BULLYING

Hillcrest Christian Academy defines "bullying" as repeated and intentional harassment whereby student(s) are targeted verbally, nonverbally or physically.  This includes but is not limited to ostracism, harassment on-line and/or with the cell phone, as well as face-to-face confrontation.  Relational aggression is a form of bullying and has been described "as the manipulation of social relationships for the purpose of hurting another person by interfering with his or her ability to build and maintain needed and desired relationships.  It can include gossip and rumor-mongering (especially when these are meant to damage the relationships of an intended victim), or the purposeful exclusion of a child from play or social groups. Bullying is a Level 2 Offense; it is unacceptable and will not be tolerated.

- **CYBER-BULLYING** is defined as, but not limited to, texting and the posting of threatening messages to internet web sites and social media platforms.  No student shall willfully participate in "Cyber-bullying."  Parents are expected to set rules at home and carefully monitor online conduct to prevent cyber-bullying.

# RELATIONSHIPS

**"Be imitators of God, therefore, as dearly loved children and live a life of love, just as Christ loved us and gave Himself up for us as a fragrant offering and sacrifice to God.  But among you there must not be even a hint of sexual immorality, or of any kind of impurity, or of greed, because these are improper for God's holy people."  (Ephesians 5:1-3)**

Wholesome friendships between boys and girls are certainly encouraged, but students should keep in mind that they are brothers and sisters in Christ first, and refrain from public demonstrations of personal affection (Level 3 Offense) on Academy property or at any school sponsored event.

# CORPORAL PUNISHMENT

Discipline at HCA will be fair and not excessive. It will be firm and consistent and always tempered with love.  It will be administered with a positive attitude toward the student and with his or her best interests at heart. While the Academy affirms the right of parents to discipline their children at home, neither the Academy, nor any employee of the Academy, will ever administer "spankings" or corporal punishment in any form, at any time.

# HEALTH SERVICES

A Certified School Nurse (CSN) designated by the local school district is to perform state mandated examinations and screenings, maintain state mandated health records, and administer first aid for illnesses and injuries occurring during school hours.  When the nurse is not at our school, the office staff will assist students and staff.  CSN's and school personnel are not permitted to diagnose.  Student health records are kept for all students grades K through grade 12.  All necessary forms are located on ParentsWeb in the *Resource Documents* and in the school office.

**STATE MANDATED HEALTH EXAMINATIONS**
Pennsylvania School Health Law requires the following examinations in the grades stated and for all students with incomplete records:
- Physical Examinations - Original entry into school, 6th, and 11th grades
- Dental Examinations - Original entry into school, 3rd, and 7th grades
- Scoliosis Screenings - 6th and 7th grades

Your child's private physician and dentist may do the examinations; appropriate documentation is to be submitted to the school by the parent.  However, the school's district physician and dentist can do the examinations, at no cost to your family.

**STATE MANDATED HEALTH SCREENINGS**
The following screenings will be conducted by the Certified School Nurse:
- Height, Weight and Body Mass Index (BMI) - required annually in all grades
- Distance and Near Vision Acuity Screening - required annually in all grades
- Convex Lens, Color Vision, and Stereo/Depth Perception Screening – first grade and upon entrance to school, if not done previously
- Hearing Screening – Kindergarten, 1st, 2nd, 3rd, 7th, and 11th grades

**ILLNESS AND COMMUNICABLE DISEASES**
To prevent the spread of illness and to protect all students and staff, do not send your child to school if he/she has any of the following symptoms within **24 hours** of the start of school:

| | | |
|---|---|---|
| • Vomiting | • Temperature 100 degrees or greater | • Yellow-green nasal discharge |
| • Diarrhea | • Continuous coughing or sneezing | • Inflamed eye with/without drainage |

In accordance with the Allegheny County Health Department (ACHD) Division of Infection Disease guidelines, parents/guardians are to **notify the school's heath office IMMEDIATELY** if a student is diagnosed with any of the following illnesses:

| | | | |
|---|---|---|---|
| • Chicken Pox | • Hepatitis | • Mumps | • Tetanus |
| • Conjunctivitis | • MRSA | • Paratyphoid Fever | • Tuberculosis |
| • Encephalitis | • Impetigo | • Ringworm | • Typhoid Fever |
| • Fifths Disease | • Influenza | • Rubella | • Whooping Cough |
| • Food Poisoning | • Measles | • Scarlet Fever | • COVID-19 |
| • Head Lice | • Meningitis | • Strep Throat | |

**IMMUNIZATIONS**
Written documentation of required immunizations are to be on file at the school by the students FIRST day of school, unless a medical, religious or ethical exemption is provided.  All immunizations must be kept up to date in the student's school health record.  Immunizations for all students grades K through 12 include:

| | | |
|---|---|---|
| • 4 doses of tetanus | • 4 doses of diphtheria | • 3 doses of polio |
| • 2 doses of measles | • 2 doses of mumps | • 1 dose of rubella |
| • 3 doses of hepatitis B | • 2 doses of varicela | |

School students in grades 7-12 are required to have the following additional vaccines:

| | |
|---|---|
| • 1 dose of tetanus/diphtheria/pertussis (Tdap) | • 1 dose of meningitis vaccine |

**EMERGENCY MEDICAL FORM**
Parents will be asked to fill out and sign an *Emergency Medical Form* at the beginning of each school year which will alert Academy staff to allergies and non-prescription medications that may be

administered (such as ibuprofen, acetaminophen, Benadryl and antacids). These medications may only be given up to 3 (three) times in an academic year.  If more may be needed, parents are to provide the medication in accordance with the Student Medication Policy.  The information provided on the emergency form is needed in order to quickly contact you or someone you designate, when a serious illness or injury happens.  It is vital that the form be completed for use in the office and if needed, be updated throughout the year.

**STUDENT MEDICATION POLICY**
For the safety of the others, students are not allowed to carry any medications on their person without written authorized by the parent, student's physician AND the school nurse.  This includes, but is not limited to medications such as cough drops, epi-pens and inhalers.  **Should your child require medication during school hours, the student must comply with the following for both prescription and over-the-counter medicine:**

- Parents and prescribing physician must complete a *Request For Administration of Medication During School Hours* form, available in the office and on RenWeb.
- All prescription medication must be in the prescription bottle that clearly states the student's name, name of medicine, dosage, pharmacy name and phone number, and the direction for the administration of the medicine.
- All over-the-counter medicine must be in the original container that clearly states the name of the medicine, dosage, direction for administration, expiration date AND the student's name written on the container.
- It is preferred that all medicine is brought to the school Health Office by a parent/guardian or an adult designated by the parent/guardian. At the end of the school year, any remaining medication should be picked up by the parent/guardian or designated adult or it will be destroyed.  Medication orders do not carry over from school year to school year.

**CHILD ABUSE POLICY**
Parents and students should know that all staff members and faculty are mandated by law to report their suspicions of abuse.  It is not the staff member's responsibility to investigate whether abuse is occurring. If a staff member suspects abuse, he or she must report it to the Administrator as well as complete the report online.  In most instances, parents will not be forewarned about these reports being filed.

**ILLNESS AND INJURY**
If a student is ill or injured and is seen at an Emergency Room or by a physician, please have the Medical Physician furnish a note for the school nurse regarding diagnosis and any academic or physical adaptation that may be necessary in school.

**ALLERGY POLICY**

**Food allergies and intolerance are complicated and vary widely among affected individuals with potentially severe or life-threatening consequences.  Therefore, strict adherence to this allergy policy is required by all staff and volunteers supervising students.**

**Definitions:**
**Provided Food** shall mean any food or drink (other than water) provided to a student by someone other than the student's own parent or guardian.  Provided Foods include candy, homemade baked goods, prepackaged snacks (regardless of label), or any other food or snack item.  Provided Foods include treats given to students as a reward for good work, food or snacks for a class party or holiday, or any other food or drink given to a student, regardless of whether the student will eat the food in school or take the food home.  Food brought to school by a student for his/her own consumption shall not be considered a Provided Food.

**Safe Food** shall mean a food or snack provided by the parent of a student with an identified food allergy or intolerance that is safe for the student to eat.  The **Safe Food** shall be stored in a sealed container separate from other food, including **Safe Food** for other students.

**Designated Student** shall mean a student with an identified food allergy or intolerance who has been deemed by his/her parents to be capable of determining what foods are safe for him/her to eat.  A student shall not be considered a Designated Student unless the office has a written statement on file from the student's parent stating that the student may make such decisions without first consulting his/her parents.

<u>Allergy Policy:</u>
The parent of a student who has been diagnosed or suspected of having any food or drug allergy or intolerance must notify the office staff and the student's homeroom teacher of such allergy or intolerance. Refer to the Student Medication Policy if the student is required to carry any medication, such as an inhaler or "Epi-pen."  The parent shall provide the student's homeroom teacher with sufficient **Safe Food,** as determined by the parent and homeroom teacher.
Teachers, substitute teachers, extracurricular teachers, coaches, volunteers, office staff, homeroom moms, and any other student supervisors are strictly prohibited from giving any **Provided Food** to any class, team, student, or group of students unless they have done one of the following:
- first spoken with relevant homeroom teachers regarding any student allergies or intolerances.
- Asked the office manager about any student allergies or intolerances.
- Made themselves aware of allergy alerts in RenWeb that are relevant to their students
- Checked the allergy/intolerance list that will be posted in the teacher's lounges by the school office and updated as needed.

After these steps have been taken, the student or class may be given **Provided Food** at the teacher's discretion.  Any student with an identified allergy or intolerance will be given the **Safe Food** in place of the **Provided Food** unless the **Provided Food** is approved by the parent or **Designated Student** in advance.  Other than **Designated Students**, students <u>shall not</u> approve the **Provided Food** in place of the parent.  No food or drink shall be provided to a student in case of any question or uncertainty.

## LOST AND FOUND
Students are responsible for any items they bring to the Academy.  Please appropriately label property. Clothing and personal articles that are found will be kept in the school *Lost and Found* located by the school office.  If clothes and other items are not claimed by Christmas Vacation or by the last day of school (whichever comes first), they will be removed from the property.  Please check the *Lost and Found* regularly for missing articles.

## ATHLETIC ELIGIBILITY
- A student must furnish a signed Sports Permission Form and pay the appropriate participation fee per sport.
- A student must maintain a "C" average (70% or better) in every core subject (Math, Science, English, History, Bible).
- Eligibility will be determined by weekly review of student's grades in all core subjects. If a player is deemed ineligible based on grades the player Will not be permitted to practice or play until such time as grades are brought back to a C average.
- If a player fails to bring up his/her average to a "C" (70% or better) in core subjects for four consecutive weeks (both progress report and report card in either order) then the player will be dismissed from the team for the rest of the season.
- A suspended student (OSS) is not eligible for one week.
- A student must follow the attendance policy to participate in practices and games.

## DRESS CODE (ELEMENTARY SCHOOL)

## ALL STUDENTS – Grades 1 through 6
### Also See Guidelines Specific to GIRLS and BOYS

| ITEM | TYPE | COLOR | LENGTH | GUIDELINES |
|---|---|---|---|---|
| **Shirts** | polo or oxford | red, black navy blue white khaki | short- or long-sleeve | Shirts are to be of appropriate hip length; need not be tucked in; no sleeveless, strapless, see-through, or mesh. |
| **Pants** | with or without pleat | khaki navy blue black | | Must be hemmed and worn at waist level; leggings are not to be worn as pants; no yoga pants, sweat pants, athletic pants, or jeggings at any time; cargo pants may have no more than 2 cargo pockets on each front/back. |
| **Shorts** | with or without pleat | khaki navy blue black | no more than 3" above the knee | Cargo shorts may have no more than 2 cargo pockets on each front/back. |
| **Shoes** | tennis shoes, sandals, dress shoes, casual shoes | | | Laces must be tied; sandals must have heel strap; no taps, wheels, clogs, flip-flops or water socks/shoes. |
| **Socks** | | red, black navy blue white | | Only solid colors as specified; both socks must match. |
| **Sweaters** | button-down or pullover | red, black navy blue white | short- or long-sleeve | Only solid colors as specified. |
| **Hoodies** | | red, black navy blue white | | Only solid colors as specified; no logos except for the Hillcrest logo; dress code-appropriate shirt must be worn under all hoodies. |
| **Hair Haircuts Hair Color** | appropriate for Christian school setting | | | Hair must be neat, clean, and out of the eyes; faddish haircuts and colors that radically alter the natural color are prohibited. |
| **Body Piercings Tattoos** | | | | Prohibited; should a student already have a tattoo, it must be covered during the school day and at all school functions. |
| **Hats Bandanas Hoods** | | | | Prohibited. |
| **Symbols on Clothing and Accessories** | appropriate for Christian school setting | | | Must be devoid of rock groups, occult symbols, vulgarity. |
| **General and Dress Down** | | | | Clothing is to be neat and clean; no holes or tears; no extremely tight, short, or immodest apparel permitted at any time; clothing must be appropriately-sized; clothing traditionally worn as pajamas is |

| ITEM | TYPE | COLOR | LENGTH | GUIDELINES |
|------|------|-------|--------|------------|
|      |      |       |        | prohibited; dresses are to be no more than 3" above the knee. |

## GIRLS – Grades 1 through 6
### In addition to Guidelines for ALL STUDENTS

| ITEM | TYPE | COLOR | LENGTH | GUIDELINES |
|------|------|-------|--------|------------|
| **Capri Pants** | with or without pleats | khaki navy blue black | | |
| **Jumpers Skirts Skorts** | | khaki navy blue black | no more than 3" above the knee | |
| **Tights Leggings Jeggings** | | black, white navy blue red | | Allowed only when worn underneath jumpers, skirts, or skorts. |
| **Panty Hose** | | nude, black navy blue | | |
| **Jewelry Makeup** | modest; appropriate for Christian school setting | | | No more than 2 piercings per ear lobe; no other piercings; makeup is to be natural-looking. |
| **Shoes** | | | | Heels no higher than 1" |

## BOYS – Grades 1 through 6
### In addition to Guidelines for ALL STUDENTS

| ITEM | COLOR | LENGTH | GUIDELINES |
|------|-------|--------|------------|
| **Ties (optional)** | red, black navy blue white | | Only solid colors as specified. |
| **Earrings, Makeup** | | | Prohibited. |
| **Hair** | | kept off the eyes and ears and neatly tapered off collar | If standard not followed, parent will be notified that child's hair must be cut by the following Monday, or the child must serve in-house detention until hair is within standards. |
| **Facial Hair** | | neatly trimmed | |

## DRESS CODE FOR PHYSICAL EDUCATION AND SPORTS PRACTICE
- Students in kindergarten through grade 12 participate in gym classes.
- Students in grades 6 and above are required to change clothes for gym class.
- Appropriate t-shirts, shorts, sweatshirts, sweatpants and athletic pants may be worn.
- **No spandex shorts are to be worn in gym class or sports practices.**
- All students must wear tennis shoes during gym class.

- Girls in grades K through 5 must wear shorts underneath dresses/skirts for gym class.
- Students not appropriately dressed for gym class will not be allowed to participate and will receive a minus grade for the day.

**All standards for appropriate school dress must be followed during physical education and sports practices.**

## DRESS DOWN DAYS
Students may participate in a Friday Dress Down Day only if they have been in compliance with the dress code on the preceding Monday through Thursday.

## VIOLATIONS OF DRESS CODE
Even though we readily acknowledge that much of the dress code is an institutional preference, it is not optional.  Students are expected to abide by the code and parents/guardians are expected to monitor compliance before their children leave the house.  It is inappropriate that other students and faculty be distracted from the educational process because someone failed to fulfill his or her commitment to follow the dress code.  Dress code infractions will be addressed immediately.  Teachers, administrator and office staff will monitor student dress daily.  Compliance will be expected and violations will receive the following consequences:

- The student must change out of the inappropriate clothing either by having a parent bring in a change of clothing or by changing into appropriate clothing that may be available in the school office.  The student cannot return to class and will remain in in-school suspension until the offense is corrected.  Putting on a jacket or zipping up a sweatshirt is not an acceptable means of addressing a dress code violation.
- A Dress Code Violation Form shall be completed and the student shall receive disciplinary action for every violation.
  - The first offense will result in a lunch detention.
  - The second and third offenses will result in a after school detention.
  - The fourth and all successive offenses will result in a suspension from the school.
- A conference with parent, student, and staff will be expected if three (3) incidents occur.

The Dress Code should be followed at all school sponsored events.  **Where personal differences arise over any portion of the dress policy, the final decision will be based on the discretion of the school administration.**

# CODE OF CONDUCT
Respect is one of the most important ingredients in any relationship.  Respect is needed between students and teachers, and among the students themselves, as each one is made in the image of God.  Disrespect serves to tear down the work of God in the life of the individual as well as the life and nature of the Academy.  Disrespect should not and will not be tolerated whether in the form of talking back, willful disobedience, unkind or derogatory remarks, or willful damage to property.  Students are to show courtesy to each other at all times.  **Adults are to be addressed as Mr., Mrs., Miss, or Pastor - never by first names.**

In order to accomplish the goal of Christian character development in every student, the Academy has set some general rules that apply as a common code of conduct.  These are:

## • GENERAL SCHOOL-WIDE RULES
1. Follow directions of staff members the first time they are given.
2. Do not litter or deface Academy property.
3. Keep hands, feet and objects to self.
4. No vulgar language, name calling, teasing or cursing.
5. No physical threats or fighting.
6. No gum chewing in school.

- **PLAYGROUND RULES**
1. Follow the directions of the staff member on duty.
2. Stay within playground boundaries.
3. Line up in designated area when bell rings.
4. Use all equipment properly.

- **LUNCHROOM RULES**
1. Follow the directions of the lunch monitor.
2. Speak in soft voices; do not yell.
3. Do not throw food.
4. Clean up your space.
5. Remain in your seat until dismissed.

- **STAIR AND HALLWAY RULES**
1. Follow the directions of all staff members.
2. Students are to walk in the halls and on the steps.
3. No loud talking in the halls or stairways.

- **CHAPEL RULES**
1. Students are to follow directions the first time given.
2. Students are to sit in their assigned areas.
3. No class work is to be brought to chapel.
4. No talking without permission.
5. All students are to remain seated until dismissed.

- **BUS RULES**
1. Students are expected to exhibit a Christian attitude to the other students and the bus driver.
2. Students are required to stay in their seats.
3. Items shall not be thrown from or in the bus.
4. No vulgar language, name calling, teasing, or cursing.
5. No inappropriate behavior.

- **TARDINESS**
1. Every student must be in class and seated when the bell rings.
2. When entering the building after school begins, report first to the office.
3. Students are to bring a note from parents/guardian whenever they are tardy.
4. Students may not leave the building without permission.

## DISCIPLINE POLICY

**"We have all had human fathers who disciplined us and we respected them for it. How much more should we submit to the Father of our spirits and live!  Our fathers disciplined us for a little while as they thought best; but God disciplines us for our good, that we may share in His holiness.  No discipline seems pleasant at the time, but painful. Later on, however, it produces a harvest of righteousness and peace for those who have been trained by it."  (Hebrews 12:9-11)**

The discipline policy of Hillcrest Christian Academy serves several purposes.  Primarily, it is to teach students to apply the principles God established for us in His Holy Scriptures.  We need to "Train up a child in the way he should go, and when he is old he will not turn from it" (Proverbs 22:6).  Some of the rules do not come directly from Scripture, but are needed to allow the proper conduct of Academy business and to maintain order.  All teachers have authority over all students.  "But everything should be done in a fitting and orderly way."  1 Corinthians 14:40.  For the discipline policy to be effective, every student must be

subject to the same regulations and penalties.  Therefore, no student will be excused from the consequences of disciplinary action.  These consequences apply to those involved in carpools, bus transportation, co-curricular activities, and other Academy activities.

Hillcrest Christian Academy relies on the full cooperation from both students and parents in the education of the students.  If, at any time, the Academy feels that this cooperation is lacking, the student may be requested to transfer.  Also, **if the student's behavior or attitude indicates an uncooperative spirit or one that is out of harmony with the spirit and standards at Hillcrest Christian Academy, whether or not there is a definite breach of conduct, he/she may be requested to transfer.**  A student's attendance at Hillcrest Christian Academy is a privilege.  Students forfeit this privilege if they do not conform to the standards and ideals of work and life at Hillcrest Christian Academy.

The purpose of all correction and discipline is to restore the one disciplined to a right relationship with the Lord, with those in authority, and with fellow students.  Those in authority at Hillcrest Christian Academy pledge themselves to carry out all discipline prayerfully with God's love in our hearts.  **Acceptance as a student at Hillcrest Christian Academy is determined annually.  The administration and Leadership Committee reserve the right not to re-enroll any students it deems to be incompatible with Hillcrest Christian Academy's philosophy of education and/or behavior standards.**

**Disciplinary action takes precedence over any other commitment.**  Parents will be notified when disciplinary action takes place.  If a parent conference is requested, the parents will be notified on a disciplinary slip and are required to call the Academy by the end of the following school day.


# EXPLANATION OF CONSEQUENCES
**"The one who sows to please the sinful nature, from that nature will reap destruction; the one who sows to please the spirit, from the Spirit will reap eternal life." (Galatians 6:8)**

**Detention:**  Assigned by teacher or administration.
- The student will be assigned work on Academy grounds from 3:00-4:00 PM after 24 hours' notice to a parent.
- Tardiness, absence, inappropriate attitudes or actions, may result in repeating the detention, or other disciplinary action.

**In School Suspension (ISS):**  Assigned by administration.
- The student will be assigned school work to complete under the supervision of an administrator or teacher.
- The student may not attend any Academy activities while under suspension.
- All work completed will receive a 10% reduction in credit.

**Out-of-School Suspension (OSS):**  Assigned by administration.
- Repeated offenses, accumulation of, or severity of offenses, may result in suspension.
- The student will not be allowed on Academy grounds.
- The student may not attend any Academy activities while under suspension.
- Suspension results in a one-week suspension from all co-curricular activities.
- A grade of zero will be given for all work missed except for major projects due, or tests given, during the suspension.  Major projects must be submitted on time for credit.
- Tests will be made up before returning to class and the student will receive a 20% reduction in credit.
- A parent/student conference with the administrator is required upon returning from suspension.

## OFFENSES AND PENALTIES

### LEVEL 1 OFFENSES
Defacing Property
Disturbing Class
Failure to Follow Instructions
Hall Violation
Sale of Unauthorized Material
Trash, Candy, Food, Gum Littering
Unwholesome Speech/Verbal Abuse

### LEVEL 1 PENALTIES

| | |
|---|---|
| 1st Offense: | Written Warning |
| 2nd Offense: | Detention and Parent Call |
| 3rd Offense: | 1 Day ISS and Parent Conference |
| 4th Offense: | 2-5 Day OSS or Disciplinary Probation |

### EXPLANATION OF LEVEL 1 OFFENSES

**Defacing Property**
Any time there is damage to Academy property or disrespect shown toward Academy property.  This would include writing on books, walls and desks, and damage done during careless, playful behavior.
- **Personal Property**: Students are to respect the property of other students.  No students should enter another's desk, book bag, or locker.  Students are urged to mark their personal belongings with their names.  Students are discouraged from bringing valuables or large amounts of money to school.
- **Academy Property**:  Respect for the appearance and care of the buildings and grounds are expected of all students.  Students are expected to avoid littering and defacing the campus, to actively help pick up the trash that someone else has dropped, and to seek to prevent defacing the property.  Any student who disfigures property or equipment will be required to pay for damages or replace the item.  This includes leaving items outside to be ruined by the weather.  If the neglect is willful, LEVEL 3 (vandalism) disciplinary measures will also result.

**Disturbing Class**
The disturbance of class by talking, making noise, passing notes or engaging in any behavior interfering with the learning process.  Students may be sent out of the room or to the office, and may not be permitted to make up work.

**Excessive Tardiness**
Defined as when a student is tardy to a class for the 5th time in a report card period.  A detention warning would go home after the 4th.

**Failure to Follow Instructions**
Not complying with a specific direction or instruction.  This includes sharing information on homework or other assignments without permission.  Students who share information without permission will also receive a "0" on the assignment, and be required to redo the work without credit.

**Hall Violation**
Unacceptable behavior in the hallway or being in an unauthorized area without permission.  This would include excessive noise, running, and loitering in the halls or restrooms.  Students must have their teacher's permission to be in the halls, restrooms, teacher's workroom, office, etc.

**Sale of Unauthorized Material**
Students are not allowed to sell any material at the Academy without permission.

**Trash, Candy, Food, Gum Littering**
When students leave trash around desks and lunch table, or for items not neatly housed in student storage areas, desks, or lockers.  Food, drinks, and candy are not permitted beyond the cafeteria.  Students are not to have soft drinks between classes.

**Unwholesome Speech/Verbal Abuse**
Teasing, name calling, gossiping, or bickering between students is not acceptable.

**LEVEL 2 OFFENSES**
Disrespect
Bullying/Cyber Bullying

**LEVEL 2 PENALTIES**

1st Offense:             Written Warning
2nd Offense:            Detention and Parent Call
3rd Offense:            1 Day ISS and Parent Conference
4th Offense:            2-5 Day OSS or Disciplinary Probation
5th Offense:            Expulsion

**EXPLANATION OF LEVEL 2 OFFENSES**

**Disrespect**
When a student shows any disrespect towards a teacher or staff member in attitude, word, body language, action, or facial expression.  Including scorning, mocking, insolence, and addressing an adult improperly.

**Bullying**
We define "bullying" as repeated and intentional harassment whereby student(s) are targeted verbally, nonverbally or physically.  This includes, but is not limited to, ostracism, harassment on-line and/or with a cell phone as well as face-to-face confrontation.  Relational aggression is a form of bullying and has been described as "the manipulation of social relationships for the purpose of hurting another person by interfering with his or her ability to build and maintain needed and desired relationships. It can include gossip and rumor-mongering (especially when these are meant to damage the relationships of an intended victim), or the purposeful exclusion of a child from play or social groups." Parents are expected to set rules at home and carefully monitor online conduct to prevent cyber-bullying, which can lead to open conflicts at school. In John 13:34-35 Jesus shares these words with us: "a new command I give you: Love one another. As I have loved you, so you must love one another. By this all men will know that you are my disciple, if you love another." As bullying goes against God's Word, HCA considers it a most serious offense that is unacceptable. It will not be tolerated.

**Cyber Bullying** is defined as, but not limited to, the texting of threatening messages and the posting of threatening messages to internet websites and social media platforms.  No student shall willfully participate in "cyber-bullying."

**LEVEL 3 OFFENSES**
Cheating
Lying, Stealing, Gambling
Disobedience
Disorderly Conduct/Horseplay
Plagiarism
Public Display of Affection (PDA)
Skipping Class
Vandalism
Vulgarity/Inappropriate Language

NOTES: Students may receive 2 penalties for 1 event.  (Ex: a student who cheats and then lies about it).
Students caught stealing/vandalizing will be required to make restitution and to suffer the penalty as well.

**LEVEL 3 PENALTIES**

| | |
|---|---|
| 1st Offense: | Detention and Call Home |
| 2nd Offense: | 1 Day ISS and Parent Conference |
| 3rd Offense: | 2-5 Day OSS or Disciplinary Probation |
| 4th Offense: | Expulsion |

**EXPLANATION OF LEVEL 3 OFFENSES**:

**Cheating**
Taking or giving answers on a formal evaluation (test, quiz), or allowing someone else to do so. Students will also receive a "0".

**Lying, Stealing, Gambling**
Lying is defined as being untruthful to a faculty member or the administration.
Stealing is taking any item which belongs to someone else.
Gambling is the attempt to win something by a game of chance.
Forging parent's signature is a violation.

**Disobedience**
When a student intentionally disregards or disobeys a staff member's direct request or command.

**Disorderly Conduct/Horseplay**
When there is behavior that is potentially harmful to persons or property.  This would include horseplay, roughhousing, chasing, play-fighting, punching or throwing any objects.

**Plagiarism**
Involves any use of borrowed works (ideas, words, art, etc.) without proper acknowledgment of the source. Students will also receive a "0".

**Public Display of Affection (PDA)**
Wholesome friendships between boys and girls are certainly encouraged, but students should keep in mind that they are brothers and sisters in Christ first, and refrain from public demonstrations of personal affection on Academy property or at any school sponsored event. Any physical contact between students of different genders by consent is prohibited.

**Skipping Class**
A student intentionally misses a class.

**Vandalism**
The intentional damaging or destruction of personal, Academy, or public property.  If the damage is willful, Level 4 disciplinary measures will also result.

**Vulgarity/Inappropriate Language**
Using vulgar language, sexually suggestive or indecent language, actions or innuendo.  This includes written notes and drawings.

**LEVEL 4 OFFENSES**
Drugs, Alcohol, Tobacco
Fighting
Gross Misconduct
Inappropriate Use of Technology
Inappropriate Sexual Conduct
Profanity/Taking the Lord's Name in Vain
Prohibited Articles*
Setting/Calling in a False Alarm/Bomb Threat
Truancy
Vulgarity Directed Towards an Adult

*NOTE:  Academy officials have the authority to search and seize inappropriate items from lockers, cars, book bags, etc. (Law enforcement officers will be notified if necessary.)

**LEVEL 4 PENALTIES**

| | |
|---|---|
| 1st Offense: | 1-5 Day Out-of-School Suspension (OSS) |
| 2nd Offense: | 1-5 Day Out-of-School Suspension (OSS) |

**EXPLANATION OF LEVEL 4 OFFENSES**

**Drugs, Alcohol, Tobacco**
Any student involved in purchasing, possessing, using or providing substances or materials used in these activities, or when he or she personally participates in them, at or away from the Academy.

**Fighting**
When a student is involved in any form of fighting, including fist fighting or wrestling.

**Gross Misconduct**:
Behavior on or off campus that is in conflict with the purpose or spirit of Hillcrest Christian Academy. Behaviors such as inappropriate use of technology, sacrilegious or lewd music concerts, tattoos, body piercing, etc.

**Inappropriate Use of Technology**
We do not regularly monitor areas such as "chat rooms", social networks, text messages, etc.  However, if a matter is brought to the attention of the administration that is inconsistent with the testimony of the student or the Academy, the Academy reserves the right to address the problem with the same consequences to the student as if the matter occurred on campus.  What you allow to be connected with your name, you endorse.

**Inappropriate Sexual Conduct**
The inappropriate conduct towards or immoral sexual activity with another person of the same or opposite sex.

**Profanity/Taking the Lord's Name in Vain**
Cursing or taking the Lord's name in vain by specific statement or euphemism.

**Prohibited Articles**
Pornography, weapons, fireworks, or other potentially harmful item such as matches, cigarettes, lighters,

knives, loaded or unloaded guns, bullets, metal knuckles, clubs, and explosive devices. Students are forbidden to possess, in school or at any school function, an instrument capable of inflicting bodily harm or having the appearance of such capability.

**Setting/calling a false Fire Alarm/Bomb Threat**
The intentional activation of the fire alarm system or telephone notification of a fire/bomb threat when emergency conditions do not exist.

**Truancy**
Not coming to, or leaving school without permission of administration and parent.

**Vulgarity/Inappropriate Language Toward Adults**
Using vulgar language, sexually suggestive or indecent language or actions, or innuendo toward an adult. This includes written notes and drawings.

*The disciplinary policy is not exhaustive, and the administration has the right to take other action when necessary.*

# HILLCREST CHRISTIAN ACADEMY ELEMENTARY SCHOOL (KINDERGARTEN-GRADE 6)

## ELEMENTARY GRADING SCALE

The purpose of the reporting system is to give parents and students an accurate indication of the progress or lack of progress being made.

### Academics

| | | |
|---|---|---|
| A | 90-100 | SUPERIOR |
| B | 80-89 | ABOVE AVERAGE |
| C | 70-79 | AVERAGE |
| D | 60-69 | BELOW AVERAGE |
| F | 59 and below | FAILING |

### Conduct

| | |
|---|---|
| O | Outstanding |
| S | Satisfactory |
| U | Unsatisfactory |

## ELEMENTARY PROMOTION STANDARDS

**Current Kindergarten-1st Grade Students**

A student earning an end-of-year average of "F" in Math, Reading, or Language is subject to retention or dismissal.  Only one (1) course may be repeated during the summer.  Students failing two or more courses will not be allowed to advance to the next grade level, and may face dismissal.

**Current Grade 2-6 Students**

A student earning an end-of-year average of "F" in Math, Reading, or Language is subject to retention or dismissal.  Students who fail any other course during the school year are required to repeat the course in summer school in order to remain on schedule for promotion to the next grade level.  Only one (1) course may be repeated during the summer.  Students failing two or more courses will not be allowed to advance to the next grade level and may face dismissal.

## REPORT CARDS/STUDENT PROGRESS

Report cards are issued each quarter.  Parents may check a student's progress and obtain information regarding homework, upcoming events, tests, and projects at any time using the Parents Web available at **www.hillcrstca.org.**

# HILLCREST CHRISTIAN ACADEMY
# UPPER SCHOOL (7TH-12TH)

## INTRODUCTION

The purpose of Hillcrest Christian Academy's high school is to disciple young people to do the work of the Lord.  For this reason, Bible class is part of their daily schedule. The goal of the Academy is not to reform, but to train youth in the highest principles of Christian leadership, self-discipline, individual responsibility, personal integrity, and good citizenship.  *Hillcrest Christian Academy stands without apology for the highest standards of morality and behavior.*  Our faculty and administration are here to assist parents to provide a quality education.  We are an extension of the Christian home and local church, and not a substitute.  We will do our best to communicate with you concerning your child and ask for full cooperation from you as well as from students.  If we are to be successful in our endeavors, we must work together.

It is important for parents and students to understand the following policies.  Please take time to read and discuss them together.   Should you have any questions, please consult administration.

## HILLCREST CHRISTIAN ACADEMY UPPER SCHOOL DRESS CODE

### <u>Overview</u>
Appropriate student dress and good grooming practices affect the overall environment and operation of a school. Thus, students must wear appropriate attire at all times. Acceptable clothing/appearance at HCA is defined as neat, clean, well-kept, properly-fitting, modest, humble, an appropriate creative expression. Clothing and appearance should not be a disruption or distraction to the learning environment, sloppy, dirty/stained/worn out, excessively tight or baggy, and should not contain offensive, vulgar, suggestive, or sexual pictures, symbols, words, messages, innuendos, or references to music artists, offensive characters, alcohol, tobacco, drugs, weapons, the occult, gangs, or religions other than Christianity.

### <u>Regular School Day Attire</u>
**Pants**
Pants are not to be worn below the hip level and should not be excessively tight or baggy. Undergarments should not be exposed during any activity (standing, sitting, walking, running, stretching, bending, etc.).

Permitted pants include:
- Any color or pattern casual pants (twill, wool, chino, corduroy, denim, etc.) or shorts
- Any color denim without distressing/holes/rips/fraying
- Shorts must extend below fingertips when standing erect with arms at sides
- Leggings or jeggings may only be worn under a shirt, skirt, or dress which extends below fingertips when standing erect with arms at sides

Not permitted pants include:
- Athletic or sweat pants
- Leggings/jeggings as pants without the appropriate length shirt, skirt, or dress
- Athletic/basketball shorts
- Yoga pants
- Pants with holes, rips, or cut-outs
- Distressed or destroyed jeans
- Garments that are sheer or see-through
- Containing offensive, vulgar, suggestive, or sexual pictures, symbols, words, messages, innuendos, or references to music artists, offensive characters, alcohol, tobacco, drugs, weapons, the occult, gangs, or religions other than Christianity
- Sleepwear or lounge attire

**Shirts**

Shirts must cover the body from the shoulder to the waist during all activities and should not expose undergarments, chest, back or midriff during any activity (standing, sitting, walking, running, stretching, bending, etc.) Shirts should have a neckline no lower than one hand width from the base of the neck. All shirts must have sleeves. Shirts must not be excessively tight.

Permitted shirts include:
- Any color or pattern
- Appropriate logos, pictures, brands, etc.
- collar or neckline no lower than one hand width from the base of the neck

Not Permitted Shirts include:
- Tank tops, muscle shirts, sleeveless, cap sleeves, off the shoulder shirts, etc.
- Neckline lower than one horizontal hand width from neck or overly wide
- Garments that are sheer or see-through
- Shirts with holes, rips, or cut-outs
- Distressed or destroyed shirts
- Containing offensive, vulgar, suggestive, or sexual pictures, symbols, words, messages, innuendos, or references to music artists, offensive characters, alcohol, tobacco, drugs, weapons, the occult, gangs, or religions other than Christianity
- Sleepwear or lounge attire

**Sweatshirts (pullover, hoodies, zip-up hoodies), Sweaters, Cardigans, Etc.**

Permitted Sweatshirts/sweaters, etc.
- Any color or pattern
- Worn over approved shirt OR neckline no lower than one horizontal hand width from neck
- Appropriate brands/pictures/logos

Not permitted sweatshirts/sweaters, etc.
- Excessively tight or baggy
- Garments that are sheer or see-through, or have manufactured cut-outs (unless layered over an approved shirt.)
- Shirts with holes or rips from wear (not distressed)
- Distressed or destroyed shirts (unless layered over an approved shirt.)
- Containing offensive, vulgar, suggestive, or sexual pictures, symbols, words, messages, innuendos, or references to music artists, offensive characters, alcohol, tobacco, drugs, weapons, the occult, gangs, or religions other than Christianity

**Skirts/Dresses**

Dresses must cover the body from the shoulder to the waist during all activities and should not expose undergarments, chest, back or midriff during any activity (standing, sitting, walking, running, stretching, bending, etc.) Dresses should have a neckline no lower than one hand width from the base of the neck must have sleeves, unless layered over a top that meets the neckline and sleeve requirements. Dress/skirt length must extend below fingertips when standing erect with arms at sides. Dress/Skirt slits must not come above the fingertips when standing erect with arms at sides. Dresses/skirts must not be excessively tight.

Permitted skirts/dresses:
- Any color or pattern
- must extend below fingertips when standing erect with arms at sides
- Leggings/jeggings may be worn under skirt/dress of approved length

Not Permitted skirts/dresses:
- Should not expose undergarments, chest, back or midriff during any activity (standing, sitting, walking, running, stretching, bending, etc.)
- Cutouts
- Sleeveless (unless layered with an approved shirt or sweater)

**Shoes**

Permitted shoes:
- Must have a back
- Heels no higher than 3"

Not permitted shoes:
- Tap shoes
- flip flops
- water shoes
- wheeled shoes
- athletic cleats
- heels higher than 3"
- slippers

**Hair**

Permitted:
- Clean
- Neat
- Maintained (doesn't look like you just rolled out of bed)
- Out of the eyes
- Boys facial hair: neatly groomed

Not Permitted
- Boys: longer than top of collar
- Extreme, disruptive, or distracting styles or colors (i.e. neon pink extreme mohawk)

**Accessories**

All clothing or jewelry should not be a disruption, distraction, or a safety hazard to the student or others.

Permitted:
- Scarves
- Neckties (may only be worn with collared, button-down shirt)
- Hats and hoods may be worn outdoors
- Makeup
- Jewelry
- Hair accessories
- Earrings (no more than two earrings per ear)

Not Permitted
- Excessive accessories which may cause a disruption, distraction, or a safety hazard include but are not limited to:
  - Makeup (excessive make-up or face paint)
  - Jewelry
  - Hair accessories
  - More than two earrings per ear
  - Other facial jewelry (nose rings, lip rings, eyebrow rings, cheek rings, tongue rings, etc.)
  - body piercing-style jewelry (navel jewelry, etc.)
- Hats and hoods (indoors)
- Bandanas

**Dress Down Attire**

All clothing for dress down days should meet the aforementioned requirements of regular school day dress with the exception of the following:

Permitted:

- Athletic or sweat pants
- Athletic or basketball shorts
- Shorts must extend below fingertips when standing erect with arms at sides
- Distressed finish jeans and pants: distressing/holes (which show skin) must not be above fingertips when standing erect with arms at sides
- Yoga pants may only be worn under a shirt, skirt, or dress which extends below fingertips when standing erect with arms at sides

Not permitted:
- Distressed finish jeans and pants with distressing/holes
  (which show skin) above fingertips when standing erect with arms at sides, or distressing to where undergarments are visible
- Garments with worn (non-manufactured) holes, rips, or tears
- Dirty, stained, or soiled clothing
- Excessively tight or baggy clothing
- Containing offensive, vulgar, suggestive, or sexual pictures, symbols, words, messages, innuendos, or references to music artists, offensive characters, alcohol, tobacco, drugs, weapons, the occult, gangs, or religions other than Christianity
- Sleepwear or lounge attire

## Physical Education Class / Athletic Practices and Games

All clothing and appearance standards for physical education class, student athletic practices, and games should meet the aforementioned requirements for appearance for Dress Down Attire. Athletic shoes MUST be worn during Physical Education Classes. While exceptions will be made in certain cases for athletic uniforms (i.e. sleeveless basketball jerseys, cleats, eye black, etc.) by the overseer of the class/event students are expected to follow the spirit of the dress code by ensuring one's appearance is neat, clean, well-kept, properly-fitting, modest, humble, and an appropriate creative expression. Athletes traveling to away games/tournaments are required to adhere to the Regular School Day Attire, Dress Down Attire, or more formal attire, specified by the overseer/coach of that player/team/event.

## School Activities (Field Trips, Senior Trip, Service Projects, Fundraisers, etc.)

All clothing and appearance standards for those participating in school activities should meet the aforementioned requirements for Regular School Day Attire or Dress Down Attire, specified by the overseer of the event. However, some events may require more formal dress or attire not covered within the scope of this dress code. In this event the overseer of the event will communicate appearance standards for that event, pending approval of HCA administration. School events and activities may include, but are not limited to field trips, Senior trip, other class day or overnight trips, school sponsored service projects or volunteer events, class or school fundraising activities (i.e. car wash, bake sale, 5k Walk, etc.) bonfires, Christmas Gala, Prom, plays, musicals, and band/choir concerts or programs.

## Violations of Dress Code

The student must change out of the inappropriate clothing either by having a parent bring in a change of clothing or by changing into appropriate clothing that may be available in the school office. The student cannot return to class and will remain in in-school suspension until the offense is corrected. Putting on a jacket or zipping up a sweatshirt is not an acceptable means of addressing a dress code violation.

A Dress Code Violation Form shall be completed and the student shall receive disciplinary action for every violation.

- First offense: lunch detention
- Second offense: after-school detention
- Third offense: after-school detention; conference with parent, student, and staff
- Fourth and successive offenses: suspension from school

The Dress Code should be followed when participating in all school-sponsored events. Where personal differences arise over any portion of the dress code policy, the final decision will be based on the discretion of HCA administration.

## GUIDANCE PROGRAM

The guidance program at Hillcrest Christian Academy is designed to give systematic aid to all students in achieving optimal development in spiritual, cognitive, emotional, social, and physical growth. The guidance program reflects and is consistent with the Academy's stated philosophy, mission, purpose, goals and objectives. The program consists of, but is not limited to:

- Testing
- Individual counseling
- Group counseling
- Teacher in-service training
- Teacher consultation

The Academy seeks to guide all students in proper directions beyond high school. The staff, faculty, and administration work conjunctly in providing guidance for high school students in spiritual needs, academic needs, and in seeking vocational direction.

The guidance program is central to the development and success of each student. Through the selection of appropriate courses and programs, students are prepared to enter college or another field of endeavor. The administration reviews student placement and organizes necessary conferences with parents, students, and teachers in order to facilitate student achievement.

## ATTENDANCE

**Attendance will be taken in every class in grades 7 through 12,** and the HCA Attendance policy will apply throughout the school day.

## SERVANTHOOD LEADERSHIP REQUIREMENTS

In the spirit of servanthood, HCA focuses on community service opportunities.  Students are required to fulfill a total of 100 community service hours during their high school years before graduation.

Service hours do not include those done for pay, those done for family members, and should be done outside of the school building.

# UPPER SCHOOL GRADING SCALE

The purpose of the reporting system is to give parents and students an accurate indication of the progress being made.  Students in high school are evaluated academically.  Additional conduct standards apply for co-curricular activities and overnight field trips.

Listed below are the grade and Grade Point Average (GPA) ranges for the appropriate letter grade.

|   |   |   | COLLEGE PREP | HONORS | DUAL ENROLLMENT |
|---|---|---|---|---|---|
| A | 90-100 | SUPERIOR | 4.0 | 4.5 | 5.0 |
| B | 80-89 | ABOVE AVERAGE | 3.0 | 3.5 | 4.0 |
| C | 70-79 | AVERAGE | 2.0 | 2.5 | 3.0 |
| D | 60-69 | BELOW AVERAGE | 1.0 | 1.5 | 2.0 |
| F | 59 OR LESS | FAILING | 0.0 | 0.0 | 0.0 |

# WEIGHTED GRADES

The intent of weighted grades is to reward students for choosing more challenging coursework. However, students and parents should be careful to choose such courses, not simply because they are weighted, but because they are appropriate for the individual student's ability. The weighted GPA will be reported on official transcripts and is used to determine the class valedictorian and salutatorian.

# UPPER SCHOOL GRADING POLICY

At Hillcrest Christian Academy we are very careful to do everything we can to provide an environment where students can be successful.  This is best expressed in policies that allow for a gradual transition from elementary to senior high school.  We are also very careful to recognize that students express their ability to understand material in different ways, and do our best to encourage that.  However, a fact of life today is the movement toward students having to prove themselves by their test scores.  Students cannot qualify for college scholarships and be successful in college without performing well on tests.  Therefore, test scores will be weighted more heavily in senior high than junior high.  Teachers will have some flexibility to declare other major assignments as test grades in situations where the Academy encourages that emphasis (Ex: History/English-Term Papers).  Quizzes, other assignments, science labs, homework, and class participation will make up the balance of the grades.  Community service projects will be required in Bible classes.

# UPPER SCHOOL REPORT CARDS/STUDENT PROGRESS

Report cards are issued each quarter.  Parents may check a student's progress and obtain information regarding homework, upcoming events, tests, and projects at any time using the Parents Web available at **www.hillcrstca.org.**  Parent/teacher communication is available by conference, phone or e-mail. For students in grade 6 through 8, math placement will be reevaluated each school year for the following year.

# GRADUATION REQUIREMENTS

| Required for all colleges and universities | | Recommended for highly competitive colleges/universities | |
|---|---|---|---|
| Bible* | 4 | Bible* | 4 |
| English | 4 | English | 4 |
| Math | 4 | Math | 4 |
| Science | 3/Lab 2 | Science | 4/Lab 3 |
| History | 4 | History | 4 |
| Foreign Lang. | 2 Same (consec. yrs. | Foreign Lang. | 3 Same (consec. yrs) |
| Physical Ed. | 1 | Physical Ed | 1 |
| Health | ½ | Health | ½ |
| *Communications | 1 | *Communications | 1 |
| Fine Arts | 1 | Fine Arts | 1 |
| Electives | 2 ½ | Electives | 1 ½ |
| Total: | 27 | Total: | 27 |

*HCA requirement only

## GRADUATION LIMITATIONS

Students must both meet all academic requirements as outlined above and also maintain appropriate standards of conduct to participate in the graduation ceremony. Violations of the student code of conduct may result in denial of participation.

Should academic shortcomings arise that result in a student being short of the required number of credits for graduation, the following guidelines will be followed:

1. One (1) credit short of the required number and the student may participate in the graduation ceremony, but will not receive the diploma itself.
2. More than one credit short and the student will not receive a diploma nor be allowed to participate in the graduation ceremony.
3. If a student has not fulfilled the necessary service hour requirements, a diploma will not be awarded.

Upon resolving these deficiencies, the student will receive his/her diploma.

## GRADUATING WITH HONORS

| 4.00 | Summa Cum Laude | (With Highest Praise) |
| 3.75 | Magna Cum Laude | (With High Praise) |
| 3.50 | Cum Laude | (With Praise) |

Valedictorian – Highest Average Above 3.50
Salutatorian - Second Highest Average Above 3.50

Hillcrest Christian Academy issues College Preparatory Diplomas.  Students must attend HCA for their junior (11th grade) and senior (12th grade) years to qualify for senior class ranking and honors.  Students must fulfill senior course requirements at HCA to graduate from HCA.

# HIGH SCHOOL CLASS RANK

Hillcrest Christian Academy does not officially rank students except for the purpose of determining the Valedictorian and Salutatorian. However, if a student or parent requests rank for scholarship applications or other purposes, the guidance office will provide this information.

# ACADEMIC HONORS

The High School Honor Roll is to recognize those students who have demonstrated academic excellence in the classroom. Following are the three published categories:

- Academic Honors 3.33 to 3.67
- High Academic Honors 3.68 to 3.89
- Highest Academic Honors 3.9 and up

The honor rolls are posted after the end of each quarter on our website: www.hillcrestca.org

# PROMOTION STANDARDS

Students who fail a course during the school year are required to repeat the course in summer school in order to remain on schedule for graduation.  Only one (1) course may be repeated during the summer. Students failing two or more classes will not be allowed to advance to the next grade level, and may face dismissal.  Students will be allowed to take courses at a regionally accredited summer school other than Hillcrest Christian Academy only if the course is not being offered at HCA.

# LATE POLICY – MAJOR ASSIGNMENTS

Major assignments (assignments that would come out of most heavily weighted category, test/term papers) turned in after the deadline assigned by the teacher or after the two day grace period for excused absences are considered late.  The policy is as follows:

- One (1) day late           1 letter grade deduction
- Two (2) days late          2 letter grades deduction
- Three (3) days late        No credit (0)

# WITHDRAWING FROM A HIGH SCHOOL CLASS

A course may be dropped after consultation with the guidance department. Withdrawal from a course after the first five weeks of a semester will result in a grade of "Withdrawal Passing" (WP) or "Withdrawal Failing" (WF). A withdrawal form (available in the guidance office) must be signed by the parent, teacher, and counselor before the course is officially dropped. The student must remain in attendance in the class until he or she turns the signed withdrawal form in to the guidance office. A required course may not be dropped unless it is immediately replaced with an equivalent course.

After discussion with guidance, a student may withdraw from a class under the following circumstances:

1. A student can only drop a course if he/she replaces it with another, so that the minimum course credit requirement is maintained at all times. This is only allowed during the first two weeks of a semester. After that time, the student must continue with the given courses for the entire semester even though he/she may be failing one or more of these classes, unless a guidance counselor deems it appropriate for the student to replace a class with the equivalent course online.
2. A student with more than the minimum class load may drop a class anytime during the first grading period of a semester (1st or 3rd quarter). If he or she drops during the first 5 weeks of the semester, it will not appear on the transcript. After that time, a WP or WF will appear on the transcript, depending on the student's grade at the time of withdrawal. A WP does not affect the student's GPA, but a WF is calculated into the GPA as a failing grade.
3. If a student chooses to withdraw from a class during the second grading period of a semester (2nd or 4th quarter), he or she will automatically receive a WF regardless of his grade in the class. This will be computed as a failing grade in the student's overall GPA. In some cases, a WP may be given due to extenuating circumstances (e.g., extended illness, family crisis, etc.) with the permission of the Administrator.

# HIGH SCHOOL RECORDS

The Academy maintains cumulative academic, attendance, and health records for each student enrolled for a period of seven (7) years after graduation. Disciplinary records are not ordinarily retained as a part of the student's cumulative record.

Material in each student's cumulative file is confidential and shall be accessible only by permission of the superintendent or Administrator. Information on the student's permanent record will be given out to the following:

1. To the parents/student(s) upon parent request.
2. To prospective employers upon receipt of parent/student authorization.
3. To colleges, universities, and military services upon the parent/student's request.
4. To police by parental permission, court order, or warrant (parents will be notified).

Records will not be released if financial accounts are not current.

# DUAL ENROLLMENT

High school students may get a head start on college by taking classes through the Dual Enrollment Program at any accredited college or university, or through HCA's partnership with Geneva College's Early College Program  College credits earned through the program can usually be used toward a degree at that college/university or as transfer credits for other colleges and universities upon completion of high school. Classes may be taken online or at the college/university.

**ENROLLING FOR DUAL ENROLLMENT CLASSES**

To participate in the Dual Enrollment Program, students must:
- Obtain permission from the HCA Guidance Counselor and from a parent/guardian.
- Possess an appropriate high school GPA, as determined by the college/university and HCA.
- Complete all applicable forms and make all submissions as required by the college/university.
- Complete any placement tests required by the college/university.
- Fulfill any program and/or course prerequisites as determined by the college/university.

**IMPORTANT TO NOTE**
- Dual enrollment classes must fit into the student's HCA schedule.
- **The appropriate forms must be filled out in order to transfer credits.**
- All classes must be pre-approved through the HCA administration.
- Any college classes taken **successfully** will count for college credit, but grades **do not** calculate in the high school GPA unless through the Geneva College or Carlow University Early College Programs.
- **Students must always ensure that they will ultimately fulfill all of HCA's credit requirements for graduation from high school.  If they drop or fail a college course, it will affect their graduation credit total.**